Special        Private        Priority        Proprietary        Urgent

# *SEALED*

1:15-CV-2328

**PRIVATE CITIZEN OF THE UNITED STATES OF AMERICA PRIVATELY RESIDING OUTSIDE A "FEDERAL DISTRICT" WITHIN A NON-MILITARILY OCCUPIED PRIVATE ESTATE NOT SUBJECT TO THE EMERGENCY WAR POWERS MILITARY JURISDICTION OF THE UNITED STATES TEMPORARILY UNDER MILITARY OCCUPATION**

## BILL IN EQUITY

*Special and private*                                          *Special and private*

**SPECIAL EQUITABLE CAUSE**

## URGENT/EXIGENT

**EXTRAORDINARY, SPECIAL AND PRIVATE RESTRICTED AND CONFIDENTIAL PROPRIETARY AND PRIVILEGED**

**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA COURT OF CHANCERY; ORIGINAL JURISDICTION**

**EXTRA AND SPECIAL TERM**

**EXCLUSIVE EQUITY JURISDICTION IN CHAMBERS ARTICLE III, SECTION 2, CLAUSE 1 CONSTITUTION FOR THE UNITED STATES OF AMERICA** Judiciary Act of 1789, Sections 11, 16, 20, First Congress

**EXCLUDING THE PUBLIC AND PRESS NOT FOR PUBLICATION**

**Special**        **Private**        **Priority**        **Proprietary**        **Urgent**

## Civil Cover Sheet for Private American National Citizens/Non-Combatants
### Non-Military Civilian Due Process of Law
### Protected by the Fifth Amendment to the Constitution for the United States

FILED
HARRISBURG, PA
DEC 0 3 2015
MARIA E. ELKINS, CLERK
Per_____

I.   **Parties**

**Complainant:**

**Eric Jon: Phelps**, Beneficiary
Non-statutory, Pre-March 9, 1933, Private American National Citizen of the United States
    of America protected by Section One of the Fourteenth Amendment to the
    Constitution for the United States of America;
    Beneficiary and Heir of the Constitution for the United States of America (the Trust)
    holding the right to a civilian due process of law secured by the Fifth Amendment to the
    Constitution for the United States;
    Privately residing outside of the UNITED STATES under military occupation and
    temporarily under emergency war powers military government since March 9, 1933;
    Privately residing outside of a "federal district" and/or a "federal territory" under
    emergency war powers military government since March 9, 1933;
    Without the emergency war powers military jurisdiction of the UNITED STATES
    temporarily-imposed on April 25, 1938;
    Without the military jurisdiction of the municipal corporation of Washington, D.C.,
    presently under emergency war powers military government since March 9, 1933;
Non-statutory, Private Citizen of the Commonwealth of Pennsylvania protected by Section One
    of the Fourteenth Amendment to the Constitution for the United States of America;
Non-statutory, Private Resident of the Commonwealth of Pennsylvania protected by Section One
    of the Fourteenth Amendment to the Constitution for the United States of America;
    Privately residing within the geographic boundaries of the Commonwealth of
    Pennsylvania, on a non-militarily-occupied private estate;
    Privately residing outside of the COMMONWEALTH OF PENNSYLVANIA
    under military occupation and temporarily under emergency war powers military
    government since March 9, 1933;

**Defendants:**

**BARACK OBAMA**, Trustee
President/Commander in chief, United States of America

**JACOB LEW**, Trustee
Secretary of the Treasury, United States of America

*[Margin notes: "special and private" written vertically on both left and right margins]*

**Special**          **Private**          **Priority**          **Proprietary**          **Urgent**

II. <u>**Basis of Jurisdiction**</u>:

    Officers of the United States are Defendants;
    Article III, Section 2, subdivision 1,
    Constitution for the United States of America

III. <u>**Citizenship of the Parties**</u>:

    N/A; No Diversity Jurisdiction

IV. <u>**Nature of Suit**</u>:

    Non-Statutory Private Equity Trusts
    Article III, Section 2, subdivision 1
    Constitution for the United States of America

V. <u>**Origin**</u>:

    Original Proceeding In Exclusive Equity Jurisdiction
    In Chancery Court; In Chambers, In Camera
    Without the Public

VI. <u>**Cause of Action**</u>:

    Controversy: Breach of Trust
    Refusal to give Protection and Full Accounting

VII. <u>**Requested Relief**</u>:

| | |
|---|---|
| Declaratory Relief | No class action |
| Enforcement of Trusts | No monetary relief |
| Protection and Full Accounting | No jury demand |

VIII. <u>**Related Cases**</u>:

    None

[Handwritten margin notes on both sides: "Special and private"]

**Special**         **Private**         **Priority**         **Proprietary**         **Urgent**

**Bill in Equity:**
Petition for Declaratory Relief
Enforcement of Trusts
Protection and Full Accounting

Federal District Court of the United States; Chancery Court to be:

>   Ex parte
>   Special Cause
>   Special Session
>   In Chambers/In Camera

Article III Judge (excluding a federal magistrate) required for Civilian Due Process of Law in Exclusive English/American Equity Jurisdiction secured by and pursuant to Article III, Section 2, subdivision 1, of the Constitution for the United States of America, said court created by Congress by its the Judiciary Act of A. D. 1789, Sections 11, 16, and 20, said court following the Federal Equity Rules of 1912.

Nature of the Bill in Equity is:

>   Extraordinary,
>   Special and private,
>   Restricted and confidential,
>   Proprietary and privileged,
>   Not for publication,
>   Sealed by the Court

_(margin annotations: "special and private" / "Special and private")_

_December 3, 2015_
Date:

_Eric Jon: Phelps_
**Eric Jon: Phelps,** Complainant