**Special**   **Private**   **Priority**   **Proprietary**   **Urgent**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Eric Jon: Phelps, Beneficiary | ) | **Bill in Equity** |
| Pre-1933 Private American National | ) | |
| Citizen of the United States | ) | **Petition for Declaratory Relief,** |
| | ) | **Enforcement of Trusts,** |
|     Complainant | ) | **Protection and Full Accounting** |
| | ) | |
|     vs. | ) | Ex parte Sealed Proceeding |
| | ) | Evidentiary Hearing in Chambers |
| BARACK OBAMA, Trustee | ) | Regarding Proprietary Evidence |
| Commander in chief, | ) | |
|     United States of America | ) | |
| | ) | Case No._____ |
| JACOB LEW, Trustee | ) | |
| Secretary of the Treasury, | ) | Private, Special, Urgent, Privileged |
|     United States of America | ) | Restricted, Confidential, |
| | ) | Excluding the Public and Press |
|     Defendants | ) | Extra and Special Term |

*[handwritten margin notes on both sides: "Special and private"]*

## ORDER

AND NOW, on this _____ day of _____, upon a review

determination of Complainant's Bill in Equity,

IT IS HEREBY ORDERED that an evidentiary hearing in Chambers is granted and shall be held

at _____p.m., on _____, the _____day of _____, 20_____.

BY THE COURT:

_____
JUDGE