IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC JON PHELPS,**<br><br>**Plaintiff**<br><br>v.<br><br>**BARACK OBAMA and JACOB LEW,**<br><br>**Defendants** | : **Civil No. 1:15-CV-2328**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: **Judge Sylvia H. Rambo**<br>: |

## O R D E R

AND NOW this 8th day of January, 2016, **IT IS HEREBY ORDERED** as follows:

1) The Clerk of Court shall file the amended complaint and exhibits thereto and backdate said filing to December 23, 2015.

2) The captioned matter is **DISMISSED WITH PREJUDICE** pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3).

3) The Clerk of Court shall close this case.

4) Any appeal from this order is deemed frivolous and not taken in good faith.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: January 8, 2016.