**Special**          **Private**          **Priority**          **Proprietary**          **Urgent**

# *SEALED*

**PRIVATE CITIZEN OF THE UNITED STATES OF AMERICA
PRIVATELY RESIDING OUTSIDE A "FEDERAL DISTRICT"
WITHIN A NON-MILITARILY-OCCUPIED PRIVATE ESTATE
NOT SUBJECT TO THE EMERGENCY WAR POWERS
MILITARY JURISDICTION OF THE UNITED STATES
TEMPORARILY UNDER MILITARY OCCUPATION**

FILED
HARRISBURG, PA

DEC 23 2015

MARIA E. ELKINS, CLERK
Per_____

## AMENDED COMPLAINT
## FOR ENFORCMENT OF TRUSTS

NON-STATUTORY SPECIAL EQUITABLE CAUSE

## URGENT/EXIGENT

EXTRAORDINARY, SPECIAL AND PRIVATE
RESTRICTED AND CONFIDENTIAL
PROPRIETARY AND PRIVILEGED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
IN CHANCERY

EXTRA AND SPECIAL TERM

EXCLUSIVE EQUITY JURISDICTION IN CHAMBERS
ARTICLE III, SECTION 2, SUBDIVISION 1
CONSTITUTION FOR THE UNITED STATES OF AMERICA

EXCLUDING THE PUBLIC AND PRESS
NOT FOR PUBLICATION

| Special | Private | Priority | Proprietary | Urgent |

IN THE
# District Court of the United States
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Eric Jon: Phelps**, Beneficiary | Civil No. 1:15-CV-2328 |
| Pre-1933 Private American National | |
| Citizen of the United States | |
| | |
| Plaintiff | **Civil Action** |
| | (In the spirit and intent of a |
| v. | Pre-1938 Bill in Equity |
| | in Chancery) |
| **BARACK OBAMA**, Trustee | **FILED** |
| President/Commander in chief, | HARRISBURG, PA |
| United States of America | DEC 2 3 2015 |
| | MARIA E. ELKINS, CLERK |
| **JACOB LEW**, Trustee | Per _____ |
| Secretary of the Treasury | |
| United States of America | **Judge Sylvia H. Rambo** |
| | |
| Defendants | |

To the Honorable Sylvia H. Rambo, Judge and Chancellor of the District Court

Of the United States for the Middle District of Pennsylvania

## Amended Complaint for the Enforcement of Trusts

**Parties**

**1. Eric Jon: Phelps**, a non-statutory, Private American National Citizen of the

United States as a matter of public record, privately residing in peacetime Common

law and Equity at 203 South Fort Zellers Road, Newmanstown, Pennsylvania, said

**Special**     **Private**     **Priority**     **Proprietary**     **Urgent**

constitutionally-secured status and residence enjoyed by all American Citizens in accordance with Section 1 of the Fourteenth Amendment prior to March 9, 1933, Plaintiff/Beneficiary. (Exhibit 1 of Exhibit A)

**2. BARACK OBAMA**, President/Commander in chief, United States of America, publicly residing in his office at 1600 Pennsylvania Ave., N.W. Washington, D.C., 20500, Defendant/Trustee.

**3. JACOB LEW**, Secretary of the Treasury, United States of America, publicly residing in his office at 1500 Pennsylvania Avenue, N.W., Washington, D.C., 20220, Defendant/Trustee.

## Grounds for Jurisdiction

**4.** Plaintiff invokes the jurisdiction of this Court pursuant to Article III, Section 2, subdivision 1 of the Constitution, as

    a. Officers of the United States are parties;

    b. Plaintiff requires a court of Chancery to sit in its judicial power of exclusive English/American Equity to resolve matters of trust, Plaintiff having *no adequate remedy at law*.

**5.** Further, Plaintiff has:

    a. Released and discharged all officers of the United States from any obligation to impose any form of military jurisdiction. (Exhibit B)

**Special**      **Private**      **Priority**      **Proprietary**      **Urgent**

b. Accepted the Constitutional Oaths of all officers of the United States to support the Constitution pursuant to Article VI, Section 3 of the Constitution of the United States. (Exhibit C)

## Statement of Facts

6. Plaintiff, by virtue of his non-statutory, constitutionally-secured, Private American citizenship status, is **Heir and Beneficiary** of two primary trusts:

   a. The Constitution of the United States of America;

   b. California registered business organization "ERIC JON PHELPS," et al, SSN/EIN/TIN XXX-XX-4519.

7. On December 10, 2014, Plaintiff sent a "**Notice of Status**" by registered mail informing Defendants of Plaintiff's restoration in citizenship status to that of a Pre-1933, Private American National Citizen protected by Section 1 of the Fourteenth Amendment. Plaintiff described himself as a member of the "Posterity" and "beneficiary" of two trusts: the Constitution of the United States and "ERIC JON PHELPS." Within thirty (30) days Defendants were to acknowledge said status they had sworn an oath to support. (Exhibit D)

8. On January 7, 2015, Plaintiff sent a "**Notice of Tolling of Time**" by registered mail informing Defendants of their receipt of said "**Notice of Status**" and that thirty (30) days would expire on or about January 16, 2015. Defendants

**Special**      **Private**      **Priority**      **Proprietary**      **Urgent**

neither confirmed nor denied and thereby, by operation of law, acknowledged Plaintiff's non-statutory, constitutional American citizenship status. (Exhibit E)

**9.** On December 29, 2014, Plaintiff sent a special and private trust document by registered mail titled "**Notice of Interests**" with an attached Indenture, noticing Defendants/Trustees of Plaintiff's non-statutory, constitutionally-secured, private citizenship status, and that Plaintiff was Beneficiary of the above-named trusts to which they were Trustees. Defendants were given thirty (30) days to disclaim. (Private Trust Document **1** to be seen in chambers)

**10.** On January 13, 2015, Plaintiff sent a special and private trust document by registered mail titled "**Notice of Tolling of Time**" noticing Defendants that time was tolling from the date they received said "**Notice of Interests**." (Private Trust Document **2** to be seen in chambers)

**11.** On March 30, 2015, Plaintiff sent a special and private trust document by registered mail titled "**Statement of Interests**" noticing Defendants they were trustees of two trusts: the Constitution of the United States and "ERIC JON PHELPS." Further, Plaintiff demanded Defendant Obama provide protection and Defendant Lew provide a full accounting of all assets held in trust for the benefit of Plaintiff/Beneficiary. Defendants were given thirty (30) days to comply with Plaintiff's order. (Private Trust Document **3** to be seen in chambers)

*Special*       **Private**       **Priority**       **Proprietary**       **Urgent**

## Statement of Equitable Claims—Breach of Trusts

**12.** On May 5, 2015, Plaintiff sent a special and private trust document by registered mail titled "**Notice of Non-Response, Default and Breach of Trust.**" Defendants were noticed of their breach of trust in their refusal to provide status protection and refusal to provide a full accounting, specific duties set forth in their trust indentures. (Private Trust Document **4** to be seen in chambers)

**13.** Plaintiff/Beneficiary is now without a trustee, with no one to protect him in his constitutional, Private American National Citizenship status. Therefore he is being deprived of his blood-bought, constitutional trust rights as follows:

a. **The First Amendment**: Plaintiff, a Bible-believing Baptist-Calvinist Christian, is not protected in his worship of the One True God and His Son, the risen Lord Jesus Christ, from the ceaseless attack by Defendants' emergency war powers military government on biblical religious liberty.

b. **The Second Amendment**: Plaintiff is not protected in owning and bearing arms as commanded by the risen Lord Jesus Christ for the defense of self, family, community, state and country. (Luke 22:36) The ceaseless attack by Defendants' military government extends to gun ownership.

c. **The Fourth Amendment**: Plaintiff is not protected from unreasonable searches and seizures during this declared state of national emergency. The attack by Defendants' military government extends to personal privacy.

**Special         Private         Priority         Proprietary         Urgent**

d. **The Fifth Amendment**: Plaintiff is not protected in his right to a civilian due process of law but rather is subjected to a military due process of law evidenced by the law of the flag on display in every court, federal and state. The ceaseless attack by Defendants' military government extends to civilian due process of law in preparation for planned martial law.

e. **The Seventh Amendment**: Plaintiff is not protected in his right to initiate a suit at common law or in equity, nor employ the rules of the common law or the rules of equity. The Supreme Court abolished federal general common law process on April 25, 1938, and Congress merged the rules of common law with the rules of equity on September 16, 1938, via the "Federal Rules of Civil Procedure." The ceaseless attack by Defendants' temporary military government extends to the English/American law systems in force at the time of the establishment of the Reformation Bible-based, constitutional Republic of the United States of America.

f. **The Thirteenth Amendment**: Plaintiff is not protected in his right to be excluded from involuntary servitude. Plaintiff is not similarly situated as other enfranchised citizens serving as voluntary surety, and therefore to be treated as such would be submitting him to involuntary servitude. The ceaseless attack by Defendants' temporary military government extends to constitutional citizenship status of American citizens.

**Special**          **Private**          **Priority**          **Proprietary**          **Urgent**

g. **The Fourteenth Amendment**: Plaintiff is not protected in his right to be seen as a private individual citizen of the United States without an implied contract on either a state or federal level. (All American citizens held this glorious status from the declared ratification of the Fourteenth Amendment on July 28, 1868, to the urgent passage of the "Emergency Banking Relief Act" and President Roosevelt's Proclamation 2040 on March 9, 1933!) Plaintiff is treated as if he is in contract with the State of California, his glorious American citizenship status having been reduced to the inferior grade of a quasi-corporate sole. The attack by Defendants' military government on constitutional American citizenship status continues.

**Relief Demanded**

14. Plaintiff requests the Court hold an *ex parte* review determination in chambers that Plaintiff may show cause using private trust documents **(Docs 1-4)** — that cannot be seen by the public—proving said breach of trusts.

15. Upon proving breach of trusts and Defendants' being unable to ultimately disprove their breach of trusts, Plaintiff requests the Chancellor:

a. Decree Plaintiff is the Beneficiary of two distinct trusts between the parties, i.e., the "Constitution for the United States of America," including its "Bill of Rights," and "ERIC JON PHELPS," et al;

**Special**      **Private**      **Priority**      **Proprietary**      **Urgent**

b. Provide declaratory relief concerning the equitable rights, powers, privileges and immunities as well as equitable duties and obligations between the parties;

c. Provide status protection, including, but not limited to, special identification documents pertaining to trade, transportation and uncensored communication, as well as special documents pertaining to domestic and foreign travel, as well as special documents pertaining to personal security;

d. Provide a full accounting of all assets, including, but not limited to, all assets and property held in trust by Defendants/Trustees for the ultimate benefit of Plaintiff/Beneficiary having been voluntarily absent from his estate for over sixty-two years;

e. Provide a Master or Trustee to facilitate said full accounting of all assets and property, as well as access to and disbursement of said assets and property, for the beneficial use of Plaintiff/Beneficiary;

f. Provide any other general and/or special relief, declaratory or otherwise, as the nature of this case shall require, which relief the Chancellor may deem just, proper and right according to Equity, good reason and good conscience.

**Special**     **Private**     **Priority**     **Proprietary**     **Urgent**

*"Equity will not allow a trust to fail for want of a trustee."*



Respectfully submitted,

*Eric Jon: Phelps*

**Eric Jon: Phelps**, Plaintiff/Beneficiary
Pre-March 9, 1933, Private American National:
    Citizen of the United States
Private Citizen of the Commonwealth of Pennsylvania
Private Resident of the Commonwealth of Pennsylvania
    Within a Non-Militarily Occupied Private Estate
    County of Lebanon
    Without the temporary emergency war powers
    Military Jurisdiction of the UNITED STATES
    Under military occupation since March 9, 1933
Beneficiary and Agent of Record for
    "ERIC JON PHELPS"
All rights reserved without prejudice

---

**Verification and Acknowledgment**

| | | |
|---|---|---|
| **United States of America** | ) | |
| **Commonwealth of Pennsylvania** | ) | s. a. |
| **County of Lebanon** | ) | |

BEFORE ME, on this day personally appeared **Eric Jon: Phelps**, Plaintiff above named, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ** set forth in the *AV1611 Reformation English Bible* and in accordance with the Maxims of Equity, declares that all statements set forth in the foregoing "Amended Complaint for Enforcement of Trusts" with attachments are true to the best of his knowledge and experience.

Subscribed and Affirmed before me on this __19th__ day of __December__, 20 __15__.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
William L. Hertzog, Notary Public
Myerstown Boro, Lebanon County
My Commission Expires May 08, 2017

_____
Notary Public