LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015 AT 9:46 A M
BPA BOOK _45_ PAGES 801
~CeBedgeere~
DEPUTY CLERK

# COPY

# Declaration of Status of Eric Jon Phelps

### Original Document (Total of 38 Pages)

*Exhibit A*

## Restoration of Former Status

## From Being a Public "United States" citizen

### Federally-owned "U.S. citizen" as of March 9, 1933 and
### Taxpayer/Bondman put to Tribute as of January 1, 1939

## To Becoming Once Again

## A Pre-1933 Private Citizen of the United States of America
## "American National" / "American Freeman"

## Under Section 1, 14th Amendment;
## Constitution of the United States of America

*"Art thou called being a servant? Care not for it:*
*But if thou mayest be made free, use it rather."*
*I Corinthians 7:21*

*Exhibit A*

**Eric Jon Phelps: American Freeman/American National**
Pre-1933 Private Citizen of the United States
203 South Fort Zellers Road
County of Lebanon
Newmanstown, Pennsylvania
Zip Code Excepted [*17073*]
Phone:  610-589-5300



**Georgia, Lamar County**
I hereby certify the within and foregoing to be
a true, correct and complete copy of the original
that appears of record in this office.

This __11th__ day of __May__, 20__15__
~CeBedeereed~ .

Deputy Clerk, Lamar Superior Court
**1 of 2**



COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015 AT 9:45 A M
BPA BOOK ___45___ PAGES 802
DEPUTY CLERK

## Table of Contents

**Declaration of Status of Eric Jon Phelps: American Freeman**
**Pre-1933 Private Citizen of the United States: American National**     12 pages

Exhibit 1—    Release Without Consideration—*Nunc Pro Tunc Ab Initio*
       **Proves** the separation between the natural person/Private American
         Citizen and the artificial person/Public "U.S. citizen"     5 pages

Exhibit 2—    Rescission of Signatures of Suretyship
       *Nunc Pro Tunc Ab Initio*
       **Proves** that the Private American Citizen has never provided
         A signature of suretyship for the Public "U.S. citizen"     2 pages

Exhibit 3    Disclaimer of Implied Trusteeship and or Quasi-Trusteeship
       *Nunc Pro Tunc Ab Initio*
       **Proves** that the Private American Citizen has never been an implied
         Trustee or Quasi-Trustee for the Public "U.S. citizen"     2 pages

Exhibit 4—    Affidavit of Truth: Christian Name of Eric Jon Phelps
       **Proves** the legal existence of the Upper and Lower case Name     2 pages

Exhibit 5—    Affidavit of Truth: Court Reporter's Transcript of Proceedings
       **Proves** the legal difference between the all UPPER CASE NAME
         And the Upper and Lower case name     9 pages

Exhibit 6—    Notice of Private Trust Arrangement
       **Proves** there is a Private Trust Arrangement that
         Established Private Business Trust
           "ERIC JON PHELPS"     2 pages

Exhibit 7—    Affidavit of Exemption from Withholding Concerning Non-Taxpayer
       ERIC JON PHELPS—*Nunc Pro Tunc Ab Initio*
       **Proves** Private Business Trust ERIC JON PHELPS is a Non-Taxpayer
         All income being the Private Property of a
           Special and Private Sole Beneficiary     4 pages

                                       **Total Pages**     **38 pages**

COPY

## Declaration of Status of Eric Jon Phelps: American Freeman
### Pre-1933 Private Citizen of the United States: American National

**"Indeed, no more than (an affidavit) is necessary to make the prima facie case."**
*United States v. Kis*, 658 F.2d, 526, 536 (7th Cir., 1981);
Certiorari Denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982
*In judicio non creditor nisi juratis. (In a trial, credence is given only to those who are sworn.)*
*Maxim: "Equity regards as done that which ought to have been done."*

Accordingly, I, **Eric Jon Phelps**, in esse and sui juris, being duly sworn, depose and declare that the following facts are true, correct and complete to the best of my knowledge and belief.

I, **Eric Jon Phelps**, do solemnly declare and affirm the following historical facts with regard to the status of *de jure* **Private American National citizenship** (said original federal citizenship, secured by Article IV, Section 2, having been broadened into national citizenship by Section 1 of the 14th Amendment to the Constitution of the United States of America) and the design of the Roman papacy, spearheaded by the military order of the **Society of Jesus**, to overthrow the liberties of Private National Citizens of the United States of America by imposing a State-created, statutory, *de facto* **Public "U.S. citizenship."** This *de facto* Public U.S. citizenship, being in substance a privileged Roman citizenship, would enable the constitutionally *de jure* civilian government of the United States (having been constitutionally altered from being a *de jure* "Federal" government to a *de jure* "**National**" government by the 14th Amendment, 1868) to be replaced with a Congressionally-created, statutory, *de facto* Emergency War Powers military government of the United States on March 9, 1933. This radical, socialist-communist **coup d'état** plotted by the infamous **Society of Jesus**, aided by the **Knights of Columbus** and carried out by its Scottish-Rite Masonic agent, President Franklin "Augustus Caesar" Roosevelt, would overthrow the civilian government exercising the constitutional, *de jure* **jurisdiction** of the United States (the "**United States**" being "the collective name of the states which are united by and under the constitution," *Hooven & Allison Co. v. Evatt*, 324 U.S. 652, 672), replacing it with a *de facto* military government exercising an extra-constitutional, alien and foreign, *de facto* **jurisdiction** of the United States (this "**United States**" being "the territory over which the sovereignty of the United States extends," *Hooven & Allison Co. v. Evatt*, supra, 671).

Further, by legally replacing constitutional *de jure* **Private American Citizenship** with *de facto* **Public "U.S. citizenship,"** thereby enabling the constitutional *de jure* **jurisdiction** of the "United States" to be legally replaced with a statutory *de facto* **jurisdiction** of the "United States," **the Jesuit Order** would fulfill its design of overthrowing the liberties of the United States as plotted during the Congress of Vienna (1814-1815) and the subsequent Secret Treaty of Verona (1822) because of which President James Monroe issued his blessed "Monroe Doctrine" (1823)—and for which he was given "the poison cup" on July 4, 1831. American inventor

**1 of 12**

LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015 AT 9:45 AM
BPA BOOK ___45___ PAGES _804_
DEPUTY CLERK

COPY

Samuel F. B. Morse warned of this diabolical Jesuit Conspiracy against America in his epic work, *Foreign Conspiracy Against the Liberties of the United States*, published in 1835.

Further, this overthrow of both *de jure* **Private American Citizenship** at Common Law and its counterpart, the *de jure* **jurisdiction** of the "United States" at Common Law, would enable the Jesuits from Georgetown University to use the *de facto* Emergency War Powers American Congress—now possessing the unlimited legislative powers of an English Parliament—to wield absolute legislative power over the *de jure* fifty sovereign states turned into *de facto* "conquered territories" ruled by the statutorily-created, *de facto* national Emergency War Powers **military government**. This unlimited, congressional power would enable the Jesuits, ruling their *de facto* military government of their *de facto* American Empire, **to control by statute** every facet of American life "from the cradle to the grave." This control would include the imposition of socialist-communism for the building of cartel capitalism and the destruction of the historic White Protestant and Baptist Middle Class Americans (as well as all others); the building of a huge military industrial complex while using their *de facto* **Public "U.S. citizens"** to work in the Jesuit Order's anti-laisser-faire, cartel-capitalist corporations; and to finance and fight the wars of the pope's American Empire. These international crusades, directed by the **Society of Jesus** within the geographical United States via its Council on Foreign Relations, would be fought for the benefit of the Roman papacy in restoring the Temporal/Political Power of the pope over the governments of all nations while subsequently militarizing those conquered nations.

Further, with the change of the *de jure* constitutional **jurisdiction** of the "United States" (with its Common Law **civilian due process** and procedure secured by the Fifth Amendment, the Seventh Amendment and section 1 of the Fourteenth Amendment) to a *de facto*, extra-constitutional, **Roman Civil Law jurisdiction** of the "United States" (established by an amended World War I statute (1933), a Presidential Proclamation (1933) and the subsequent abolition of Common Law rights and Common Law **civilian due process** by the Supreme Court (1938)), an alien and foreign **martial due process** would be adopted by the federal and state courts fitted for the new *de facto* **Public "U.S. citizens"** living in the states deemed *de facto* "conquered territories." Since these *de facto* Public "U.S. citizens" are in substance Roman citizens, and since these *de facto* "conquered territories" are in substance Roman provinces under military rule, it is only fitting that the **Roman/Public "U.S. citizens"** should be criminally and civilly subjected to a martial process imposed by their constitutionally-created civilian courts. This *de facto* martial process, if unchallenged by prima facie evidence proving the accused to be an American Private National Citizen of the United States of America and not a Roman Public "U.S. citizen," would confer, in substance, martial *in personam* jurisdiction. With this absolutist judicial jurisdiction limited only by decisions of the Supreme Court, the federal courts would be in substance **territorial courts** of the Conqueror. These Emergency War Powers Courts would enforce the sovereign will of the *de facto* Emergency War Powers Congress, while sitting in a special, "**Roman Equity**" in substance, a **martial equity**, operating upon a **legal fiction**. The legal fiction would be the presumption of fact that each individual Private American National Citizen

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 1 1 2015 AT 9:45 A M
BPA BOOK _____ 45 ____ PAGES 505
COPY
DEPUTY CLERK

of the United States of America was in contract with and enfranchised by the state of his natural birth, thereby altering his constitutional, *de jure* Private American National Citizenship conferred at birth into a statutory, *de facto* Public Federal "U.S. citizenship" upon the public filing of a unilateral contract, which change in status would enable and obligate the Emergency War Powers courts to dispose of his matter, federal or state, criminal or civil.

Further, that unilateral contract was the public filing of a "**Certificate of Live Birth**" deliberately patterned after the Roman Catholic "**Certificate of Baptism**" creating Vatican City-state citizenship. The American "Certificate of Live Birth"—**by operation of law**—would be the contract to alter *de jure* Private American National Citizenship to *de facto* Public "U.S. citizenship." With this **presumption of fact** of an existing contract held by every individual Public "U.S. citizen" (holding its Private American National Citizen of the United States as Property and Surety), every court legally sits in a martial, **Roman Equity** (in which the forms of Law and Equity have been merged) enforcing the statutes of an Emergency War Powers Congress. This *de facto* status enables and obligates all federal and state courts to sit in **Roman Equity** thereby fulfilling the grand design of the **Society of Jesus** in subverting the Common Law jurisdiction of the United States (as per Section 1, 13th Amendment, and Section 1, 14th Amendment) by rendering ineffective the constitutional status of *de jure* Private American National Citizens of the United States of America (Section 1, 14th Amendment).

Further, this evil design of the **Society of Jesus** against the Constitutional, Common Law liberties of the Private American National Citizens of the United States of America was set forth by one of the Order's Masonic Temporal Coadjutors. That man was **Sir Henry Sumner Maine**, Regis Professor of the Civil Law in the University of Cambridge, England. In his *Ancient Law: Its Connection with the Early History of Society, and its Relation to Modern Ideas* (1864), Maine sets forth his three-part plan that, after its imposition, overthrew limited American government born out of the Protestant Reformation (1517-1648) and the First American Great Awakening (1735-1750). That diabolical, "unholy trinity" was first the creation of a **Legal Fiction**, after which the imposition of judicial **Equity** after the overthrow of American Common Law, then opening the door to congressional/parliamentary, unlimited **Legislation**. (The philosophic parallel to this formula is "**Substance, Mode and Circumstance**.") The legal foundation and substance for this *de facto* overthrow of the limited, constitutional, *de jure* "jurisdiction of the United States" is the **Legal Fiction**. That **Legal Fiction**, evil though legally imposed by silent consent of each Private American National Citizen, was the public filing of a Certificate of Live Birth, the Baptismal Certificate of every federally-owned, Public "U.S. citizen." Hence, every Private American National Citizen became subordinate **Surety** for and the held **Property** of his alter ego and Gemini Twin, the Public "U.S. citizen." As of March 6, 1933, all Public "U.S. citizens" —with their **Surety/Property**, Private American National Citizens—were seized as **booty of war** by President Franklin Roosevelt's martial, emergency war powers Proclamation 2039 which practically overthrew the Sovereignty of the People of the United States of America, reducing them to being mere **property** of Rome's *de facto* military government sitting in

LAMAR COUNTY GA, SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 1 1 2015 AT  9:45 A M
BPA BOOK _____ 45 _____ PAGES 806

COPY

DEPUTY CLERK

DEPUTY CLERK

Washington, D.C., to be treated as "rebels and belligerents" living in the fifty states deemed by the Conqueror/Commander in chief to be merely "occupied territories," the seized state governors ruling their *de facto* military governments in subordination to Washington, D.C.

Therefore, finding this situation of **statutorily-altered**, Private American National citizenship status intolerable being in contradiction with the maxims of **Holy Scripture** (Proverbs 11:15), and at variance and in conflict with the originally established courts of Common Law as well as the courts or exclusive/inherent Equity/Chancery governed solely by the Maxims of Equity, I, **Eric Jon Phelps**, do solemnly declare and affirm:

1. WHEREAS, the FRANCHISE, CORPORATE SOLE, and or BIRTH CERTIFICATE, being in fact a unilateral contract under seal, was created and offered **legally though deceitfully**, its open-but-false purpose being to aid in the Census as a means of identification in the documentation of a natural birth, as well as for health reasons and purposes; its secret-but-true purpose being to rob **"We the People,"** which includes every individual Private American National Citizen, first of our sovereignty as a People, then of our constitutionally-created status, and ultimately our lives, fortunes and sacred honor;

2. WHEREAS, the true purpose of the BIRTH CERTIFICATE, a unilateral contract under seal, is to be a covert commercial agreement and unconscionable, adhesion contract/quasi-contract between the state of the baby's natural birth and the mother of the baby, the baby then deemed property of the Federal, *de facto* military government of the United States (the BIRTH CERTIFICATES being recorded by the Department of Commerce then to serve as collateral securities for the unquestionable public debt as per Section 4 of the 14th Amendment);

3. WHEREAS, the true nature of the DATE OF FILING on the BIRTH CERTIFICATE, a unilateral contract under seal, is to commence the **legal birth** of the quasi-corporate, artificial person/**Public "U.S. citizen"** created by all necessary legal elements of a unilateral contract (it being in writing, signed, sealed and delivered for registration and filed with a public office of the baby's state of live birth);

4. WHEREAS, the true nature of the DATE OF BIRTH of the baby named on the BIRTH CERTIFICATE is to commit the natural person/Private American National Citizen as **Surety** for, and **personal property** of, the state-created, artificial person/Public "U.S. citizen," both entities being legally wedded into one legal entity, the hybrid, federally-owned, **Public "U.S. citizen;"**

5. WHEREAS, the BIRTH CERTIFICATE is a BUSINESS INSTRUMENT recorded with the County Recorder, a subsidiary of the Secretary of State (of the several states treated as "conquered territories"), also sent to the Bureau of Census, a division of the

LAMAR COUNTY GA, SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015  AT  9:45 A M
BPA BOOK     45     PAGES 801
DEPUTY CLERK
COPY

Department of Commerce in Washington, D.C., placing the **NAME** of the Public "U.S. citizen" into interstate and foreign world commerce as a statutory, legal "person" (as are corporations, partnerships, trusts, corporate soles, etc.), distinct and separate from the "natural born citizen," i.e., the **Private American National Citizen**;

6.  WHEREAS, the Secretary of State (of the several states) charters corporations and issues franchises, therefore, any **natural born citizen/Private American National Citizen** with a BIRTH CERTIFICATE is liable to the Franchise Tax Board of the State's Department of Revenue for income/excise/privilege taxes, as well as being liable to the Internal Revenue Service collecting the internal revenue for the **"Federal Corporation"** of the United States (28 USC 3002(15)(A) via excise/income/privilege taxes in payment of the interest on the national debt (proven by President Ronald Reagan's Grace Commission) which interest is owed to the Roman papacy's Federal Reserve Bank;

7.  WHEREAS, this BIRTH CERTIFICATE, functioning as a BUSINESS INSTRUMENT, has hoodwinked **Private American National Citizen Eric Jon Phelps**, allegedly named on said certificate, into an unknown and covert implied contract by operation of law, placing Affiant and fellow Private American National Citizens under an alien, foreign and yet "temporary," *de facto* military jurisdiction of the United States created at first by the **"Emergency Banking Relief Act,"** its initial paragraphs containing a congressionally-amended WWI statute known as the **"Trading With the Enemy Act"** and codified as 12 USC 95a, and secondly by President Franklin D. Roosevelt's Emergency War Powers Proclamation 2040 decreed on March 9, 1933;

8.  WHEREAS, the above *de facto* jurisdiction of the United States includes the jurisdiction of the constitutionally-created, federal and state civilian courts (**IN FORM**) sitting in a martial Roman Equity/at law (**IN SUBSTANCE**), they no longer proceeding against the accused Private American National Citizen with the Mode of a Common Law **civilian due process**, but rather with the Mode of a Roman Civil Law **martial due process** that, if unchallenged by producing state-filed public records and other prima facie evidence, will confer a martial jurisdiction over the accused then forced to plead in a court imposing **martial due process** and procedure derived from a congressionally-amended, World War I statute as of March 9, 1933, the judges, federal and state, acting on behalf of the *de facto* military dictator/Commander in chief sitting in Washington, D.C.;

9.  WHEREAS, upon the public filing of the BIRTH CERTIFICATE with its attached Private American Citizen serving as **Surety** and **personal property**, another "**source**" was created that would generate "**income**" which could then be income/excise/privileged taxed, the natural person/baby/Private American National Citizen now wedded to his new artificial person / "U.S. citizen" as its **Property** and subordinate **Surety**, the new "**source**" (deemed a "rebel" and "belligerent" residing according to state *statute* in a

LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015   AT   9:45 A   M
BPA BOOK _____ 45 _____ PAGES 808
DEPUTY CLERK _____

COPY

state deemed an "occupied territory") being in commerce and subject to the **absolute legislative powers** of the "temporary" Emergency War Powers Congress (1933-present) to regulate without limit interstate and foreign commerce pursuant to Article I, Section 8, Clause 3, of the "United States Constitution" during this time of a "temporary" declared state of National Emergency now (2015) in its eighty-second year;

10. WHEREAS Affiant, a Private American National Citizen, has ceased to be **Surety** for and the **personal property** of, Public "U.S. citizen" "ERIC JON PHELPS" by means of a duly filed **"Release Without Consideration—*Nunc Pro Tunc Ab Initio*,"** and **"Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*,"** thereby returning to the former status of being a Private American National Citizen held for less than eighteen (18) days after Affiant's natural birth;

11. WHEREAS Affiant in esse, has irrevocably separated himself from the state-created FRANCHISE, CORPORATE SOLE, "UNITED STATES CITIZEN," created by means of a publicly filed BIRTH CERTIFICATE attached hereto, and hereby revokes all powers, including, but not limited to, Powers of Attorney and/or Agency that Affiant may have granted to any third party, public and/or private. Therefore, Affiant is not a party to FDR's contract with all "U.S. citizens" by means of Proclamation 2040 confirmed and approved by Congress in its passage of the **"Emergency Banking Relief Act"** thereby amending the **"Trading With the Enemy Act."** Therefore, Affiant is not in commerce (as are corporations), never to enjoy any commercial privilege of limited liability as a matter of "United States citizenship" status (as do corporations being also Public "U.S. citizens"), having discharged all *de facto* Emergency War Powers Military Governments, federal and state, from any duty or obligation having arisen from Affiant being the **Property** of, **Surety** for and/or wedded to the state-created hybrid, the federally-owned, Public "U.S. citizen" in the service of Washington, D.C., for commerce and war;

12. WHEREAS, I, **Eric Jon Phelps**, have returned to my former status of being an American Freeman and American National in Equity, i.e., a *de jure* Private National Citizen of the United States under section 1 of the Fourteenth Amendment and therefore stand "*in personam*," "*in esse*" and "*sui juris*," possessing all God-given unalienable rights including those protected by the first eight amendments of the Bill of Rights, all Constitutional rights (federal and state) and all Common Law rights of a *de jure* Private Citizen of the United States / American National, no longer under the legal disability of being the **Property** of, **Surety** for and/or wedded to a *de facto*, state-created, Public "U.S. citizen" owned by the Federal *de facto* Military Government of the United States;

13. WHEREAS, I, **Eric Jon Phelps**, am no longer the **Property** of, **Surety** for and/or wedded to a *de facto* Public "U.S. citizen" (which is "**alieni juris**"), therefore no longer under the *de facto* jurisdictional power of statutorily-created, *de facto* Emergency War

COPY

LAMAR COUNTY GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015   AT   9:45 A M
BPA BOOK _____45_____ PAGES 802

DEPUTY CLERK

Powers Governments (federal and state) as those absolute legislative, absolute executive and absolute judicial powers are exercised towards a *de facto* Public "U.S. citizen" deemed a "rebel and belligerent" statutorily "residing" in a state deemed an "occupied territory," and therefore no longer under the paternal guardianship of *de facto* Emergency War Powers Governments (federal and state) as those absolute, paternal powers are exercised towards its **"infants, children and wards,"** *de facto* Public "U.S. citizens;"

THEREFORE, <u>based upon the foregoing</u>, I, **Eric Jon Phelps**, *in esse* and *sui juris*, do solemnly declare and affirm the following **positive averments**:

1. I am one of the **Posterity** of **"We the People"** by whom and for whom the Constitution was ordained and established according to its Preamble, holding *de jure* Private American National Citizenship conferred upon my natural birth by section 1 of the Fourteenth Amendment to the Constitution of the United States.

2. My Christian name at Common Law is **"Eric Jon,"** my surname/family name is **"Phelps."** I am known by no other name, publicly or privately. (Exhibit 4)

3. My Christian name **"Eric Jon Phelps"** is spelled in both upper and lower case letters, without capitonyms (without using an all capital-lettered name), in accordance with proper rules of English grammar. (Exhibit 4)

4. I was naturally born on December 3, 1953. My natural and legal parents are **Lourn Gerald Phelps** and **Lynn Margrethe Phelps**. (Exhibit 1)

5. I was naturally born in the city of Oakland, on the land of the county of Alameda within the geographical jurisdiction of the State of California. (Exhibit 1)

6. On the day of my natural birth I became a *de jure* **Private National Citizen** of the geographic United States of America (composing the fifty states) pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States of America.

7. On the day of my natural birth I became a *de jure* **Private National Citizen/Private Resident** of the geographic State of California pursuant to section 1 of the Fourteenth Amendment to the Constitution of the United States of America.

8. On the day my "Certificate of Live Birth" was filed with the State of California, by operation of law I became the **Property** of, **Surety** for and wedded to "ERIC JON PHELPS," a state-created, California corporate sole and statutory **Public "U.S. citizen"** of the *de facto* Emergency War Powers Military Government of the "United States," it governing the states as "conquered territories" and its state-created "U.S. citizens" as a conquered people.

LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015 AT 9:45 A M
BPA BOOK ____45____ PAGES 810
DEPUTY CLERK

COPY

9. Said **Property** has been returned to the natural owner, said **Suretyship** has been terminated, the marriage has ended and my former status of **Private National Citizen** of the United States of America has been restored, pursuant to the maxims of the Law of Contract, the American Common Law, Equity Maxims, Equity Jurisprudence and the Uniform Commercial Code, by means of a duly filed and publicly recorded "**Release Without Consideration—*Nunc Pro Tunc Ab Initio.***" (Exhibit 1)

10. My *de jure* **Private National Citizenship** of the Republic of the United States of America is "paramount and dominant," and my *de jure* **Private Citizenship** of the Republic of California is "subordinate and derivative" of said Private National Citizenship of the United States. *Selective Draft Law Cases,* 245 U.S. 366, 389 (1918.) **Private Citizens** of the United States were called "**American freemen**" by pre-14th Amendment presidents George Washington, Andrew Jackson, Zachary Taylor and Abraham Lincoln, as well as by post-14th Amendment Supreme Court Justice John Marshall Harlan evidenced by his dissents in *Maxwell v. Dow*, 176 U.S. 581, 607, 617 (1900) and *Downes v. Bidwell*, 182 U.S. 244, 381 (1901).

11. I now **Specially** and **Privately Reside** without the military jurisdiction of the "United States" as defined by the "Trading With the Enemy Act," and therefore **Privately Reside** within a non-militarily occupied private estate within the territorial jurisdiction of the geographic Commonwealth of Pennsylvania.  Therefore, I am a **Special** and **Private Resident** holding **Private Citizenship** of the Commonwealth of Pennsylvania pursuant to Section 1 of the Fourteenth Amendment.

12. **My flags** are **the civilian flag** of the Republic of the United States of America (4 USC 1) and **the civilian flag** of the Commonwealth of Pennsylvania (P.L. 560, No. 373) which flag includes a cord with tassels composed of white and blue strands.  Neither **civilian flag**, representing its nation under a republican form of government, displays gold fringe and/or gold cords with gold tassels as do military colors displayed by the Commanders-in-chief of the *de facto* Military Governments of both the United States of America and the Commonwealth of Pennsylvania.

13. **My law** is my family *AV1611 King James Bible* born out of **the risen Son of God's** Grand and Glorious Protestant Reformation having birthed the Modern Era, and the Twenty Maxims of English/American Equity.

14. Being a non-statutory, constitutionally-protected **Private National Citizen** of the Republic of the United States of America and a non-statutory, constitutionally-protected **Private Citizen/Special** and **Private Resident** of the Commonwealth of Pennsylvania and therefore no longer the **Property** of, **Surety** for and/or wedded to California corporate sole / Public "U.S. citizen" "ERIC JON PHELPS," I am not in commerce as a

LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 1 1 2015   AT   9:45 A M
BPA BOOK   45   PAGES 811
DEPUTY CLERK

COPY

matter of personal status, as are statutory, state-created, **Surety-backed**, **Public "U.S. citizens"** of the United States, and therefore artificial person "ERIC JON PHELPS," without a **Surety** and **personal property**, is a **"Non-Taxpayer"** described in *Economy Plumbing & Heating vs. United States*, 470 F. 2d, 585 at 589 (1972).

15. I have rescinded every **Signature of Suretyship—*Nunc Pro Tunc Ab Initio***—ever executed on behalf of corporate sole/"U.S. citizen" "ERIC JON PHELPS" (including any derivative of the NAME thereof) be it **public and/or private**, by means of a duly filed **"Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*."** (Exhibit 2)

16. I have disclaimed and refused every implied trusteeship and/or quasi-trusteeship ever unconsciously provided or presumed on behalf of corporate sole/"U.S. citizen" "ERIC JON PHELPS" (including any derivative of the NAME thereof0 be it public and/or private, by means of a duly filed **"Disclaimer of Implied Trusteeship and/or Quasi-Trusteeship—*Nunc Pro Tunc Ab Initio*."** (Exhibit 3)

17. The Legal Title holder(s) and the Equitable Title holder of all legal property of Private Business Trust "ERIC JON PHELPS" are private in nature evidenced by a **"Notice of Private Trust Arrangement"** filed in the public record. (Exhibit 6)

18. I am the **Agent** for Private Business Trust "ERIC JON PHELPS" in the acquisition of its legal property by nature evidenced by a **"Notice of Private Trust Agreement"** filed in the public record. (Exhibit 6)

19. Private Business Trust "ERIC JON PHELPS" is in domestic and world commerce, all income being equitable property by nature of a special and private Sole Beneficiary holding the status of a Private Citizen of the United States secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America. Therefore Private Business Trust "ERIC JON PHELPS" has no "income," and therefore the trust is a Non-taxpayer. (Exhibit 7)

Further, I, **Eric Jon Phelps** *in esse* and *sui juris*, do solemnly declare and affirm the following **negative averments**:

1. I am not **alieni juris**, holding the status of being the **Property** of, **Surety** for and/or wedded to an artificial, *de facto*, hybrid Public "U.S. citizen" created by state statute in the state of my natural birth for the benefit of the *de facto* Emergency War Powers Military Government created on March 9, 1933; hence, I am neither an infant and a child nor a rebel and a belligerent under the power of a paternal and martial Emergency War Powers Military Government, federal or state.

COPY

LAMAR COUNTY, GA, SUPERIOR COURT
FILED AND RECORDED IN CLERK'S OFFICE
MAY 11 2015 AT 9:45 A M
BPA BOOK ___45___ PAGES 812
DEPUTY CLERK

2. My Christian name is not "ERIC JON PHELPS," "ERIC J. PHELPS," "Eric J. Phelps," or any other form of this nom de guerre/name of war carried by all "U.S. citizens," which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record. (Exhibit 5)

3. My Christian name is not spelled in solely upper case letters or with abbreviations, which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record. (Exhibit 5)

4. I am not "ERIC JON PHELPS," "ERIC J. PHELPS" or "Eric J. Phelps," which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record. (Exhibit 5)

5. I am neither the **Property** of, nor **Surety** for, nor wedded to artificial entity "ERIC JON PHELPS," "ERIC J. PHELPS," "Eric J. Phelps" or any other derivative of this *nom de guerre*/name of war carried by all "U.S. citizens," said NAME being the legal property by characteristic of the *de facto* Military Government of the United States of America.

6. I am neither a statutory, state-created **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States nor am I **Surety** for and/or personal property of and/or wedded to a statutory, state-created **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States as a matter of **Status** and/or a matter of **public and/or private contract**. Therefore, I am not a state-created, federally-owned, statutory **Public "United States citizen"** (artificial person / "U.S. citizen") of the sovereign, *de facto* Military Government of the United States for income/excise/privilege tax purposes.

7. My flags, national and state, are **not military colors** bordered with gold fringe and/or draped with gold cords with gold tassels.

8. I am not a **rebel, belligerent** or **enemy** publicly residing within a **conquered territory** of the "United States" ("the territory over which the sovereignty of the United States exists," *Hooven*, supra, p. 671), its sovereign, *de facto*, Military Government having been created by Franklin D. Roosevelt's presidential proclamation 2040 **approved and confirmed** by Congress' "Emergency Banking and Relief Act" (12 USC 95b), which act also amended (via 12 USC 95a) the "Trading with the Enemy Act" (50 USC App. 5(b)), on March 9, 1933.

9. I do not **publicly** reside according to state statute within a **conquered territory** or within a **federal military district** of the geographic Republic of the United States of America (composed of the fifty states). My special, private and confidential location of Residence in Equity on the land of the County of Lebanon is:

COPY

23 MAR SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 1 1 2015   AT   9:45 A   M
BPA BOOK____45____PAGES 813
DEPUTY CLERK

**Eric Jon Phelps, American Freeman**
Private Citizen of the United States: American National
Private Citizen of the Commonwealth of Pennsylvania
203 South Fort Zellers Road
Newmanstown, Pennsylvania
Zip Code Excepted [*17073*]

10. I do not **publically** reside according to statute within any of the **ten regions** of the geographic United States of America designated by **ZIP codes** of the **Federal Zone Improvement Project** begun in 1963 and take exception to whenever and wherever possible in the use of either a ZIP code or a Postal code, both being synonymous.

Further and finally:

I, **Eric Jon Phelps**, am a constitutionally-acknowledged and protected, *de jure*, **Pre-1933 Private American National Citizen** of the United States of America, and therefore, I am a constitutionally-acknowledged and protected, *de jure* **Private Citizen** of the Commonwealth of Pennsylvania, **Specially** and **Privately Residing in English/American Equity** on the land of Lebanon County.

Therefore, I, **Eric Jon Phelps**, holding the constitutionally-protected private right to **a civilian due process of law** on both a federal and state level, as well as being unaffected by the wicked "Emergency Banking Relief Act" having imposed a **martial due process of law** (by way of the amended "Trading with the Enemy Act") on any substantively, artificial "**person within** the United States**" deemed federal "booty of war," am **as foreign**, by nature and by characteristic, to the extra-constitutional, alien, *de facto,* "temporary" Emergency War Powers **Military Government** of the United States and owe no temporary allegiance to said "temporary" Emergency War Powers Military Government.  Therefore, I am **as foreign**, by nature and by characteristic, to the extra-constitutional, alien, *de facto,* "temporary," Emergency War Powers **Military Government** of the Commonwealth of Pennsylvania as well as the extra-constitutional, alien, *de facto,* "temporary," Emergency War Powers **Military Governments** of the other forty nine (49) states and owe no temporary allegiance to said "temporary" Emergency War Powers state governments, said extra-constitutional, alien, *de facto,* "temporary," Emergency War Powers **Military Governments** having been "temporarily" created by Congress (12 USC 95a) and by President Franklin D. Roosevelt (Presidential Proclamation 2040) on **March 9, 1933**, that most notable, Jesuitical **coup d'état**, that great day of infamy and high treason against the **Sovereign American People of the United States of America**, they having ordained and established the grand and glorious Protestant Constitution of the United States of America, with its Baptist Calvinist-inspired Bill of Rights, for themselves and for their **Posterity**—of which I am a beneficially interested member.

LAMAR COUNTY, GA, SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015   AT   9:45 A M
BPA BOOK _____ 45 _____ PAGES 574

DEPUTY CLERK

COPY

This "Declaration of Status of Eric Jon Phelps: American Freeman; Pre-1933 Private Citizen of the United States: American National," is an addendum to the "Declaration of Status of Eric Jon Phelps: American Freeman; Pre-1933 Private Citizen of the United States: American National," previously filed on October 31, 2014, with the Recorder of Deeds, Superior Court, Lamar County Courthouse, Georgia, Book 38, pages 539-574.

Further Affiant Sayeth Not.



**Eric Jon Phelps**/American Freeman/American National
Pre-1933 Private Citizen of the United States
Private Citizen of the Commonwealth of Pennsylvania
Private Resident of the County of Lebanon
Agent for "ERIC JON PHELPS"
All Rights Reserved Without Prejudice

---

### Acknowledgement

| | | |
|---|---|---|
| **United States of America** | ) | |
| **Commonwealth of Pennsylvania** | ) | **s.a.** |
| **County of Lebanon** | ) | |

Before Me, on this day **Eric Jon Phelps**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this ___7th___ day of ___May___, 2015.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MELISSA K LAZARONY
Notary Public
MYERSTOWN BORO, LEBANON COUNTY
My Commission Expires Mar 9, 2019

Notary Public

**COPY**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 1 1 2015   AT   9:45 A M
BPA BOOK _____ 45 _____ PAGES 815
DEPUTY CLERK

## Notice of Deed of Acknowledgement and Acceptance Without Consideration
### *Nunc Pro Tunc Ab Initio*

TO:      STATE OF CALIFORNIA, grantor/issuer/transferor/assignor
         UNITED STATES OF AMERICA, grantor/issuer/transferor/assignor

IN RE:   ERIC JON PHELPS, STATE OF CALIFORNIA CERTIFICATION OF BIRTH
         STATE FILE NUMBER 53-270404

FROM:    Eric Jon Phelps, transferee/assignee/grantee, "Grantee"          *Exhibit 1 of A*

BE IT KNOWN to all persons and men worldwide, and to the Grantors:

I, the undersigned, Eric Jon Phelps, grantee/assignee/transferee herein, with intent and purpose, freewill act and deed execute this Deed of my Acknowledgement and Acceptance ***nunc pro tunc ab initio*** without consideration of the above-referenced CERTIFICATION OF BIRTH ERIC JON PHELPS (see Exhibit A attached herewith) under the terms of the Deed.  Grantee orders that the record on file in a court of record be updated to show my acknowledgement and acceptance without consideration of said Deed.  This record replaces the previously filed said acknowledgements on record with any public record custodian.

Done under my hand and seal with intent, special purpose, freewill act and deed.

Eric Jon Phelps
203 South Fort Zellers Road
Newmanstown, PA  17073

| Acknowledgement | | |
|---|---|---|
| **United States of America** | ) | |
| **Commonwealth of Pennsylvania** | ) | **s.a.** |
| **County of Lebanon** | ) | |

Before Me, on this day Eric Jon Phelps, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above is the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this ___7th___ day of ___May___,
2015.

_____
Notary Public

MICHAEL A. ANTHONY
Notary Public
MYERSTOWN BORO, LEBANON COUNTY
My Commission Expires Mar 9, 2019

**Exhibit 1; Page 1 of 4**

LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 1 1 2015   AT   9:45 A M
BPA BOOK _____ 45 ____ PAGES 816

DEPUTY CLERK
COPY

## Release Without Consideration—*Nunc Pro Tunc Ab Initio*

TO:        STATE OF CALFORNIA, Releasee/Obligor
              UNITED STATES OF AMERICA, Releasee/Obligor

IN RE:    Public U.S. Citizen "ERIC JON PHELPS," "ERIC J. PHELPS," "Eric J. Phelps"

FROM:    Eric Jon Phelps, *in personam,* and *in esse,* Releasor/Obligee

Resolved that *I*, Eric Jon Phelps, *in esse,* and *in personam*, of the age of majority, competent and able to release, and now coming with express intent and purpose, being duly affirmed, hereby depose, certify and declare:

    a.    That *I,* Eric Jon Phelps, expressly intend no longer to be **Surety** for the State-created, **Public U.S. Citizen** "ERIC JON PHELPS," "ERIC J. PHELPS," "Eric J. Phelps," or any derivative of said commercial NAME and *nom de guerre* thereof;

    b.    That *I,* Eric Jon Phelps, expressly intend to irrevocably terminate the guardian/ward legal relation but reserve all personal property rights, legal and equitable by nature or by characteristic, granted or secured by The Constitution of the United States of America, The Constitution of the State of California, the historic fundamental rights of American Equity Jurisprudence under the principles and Maxims of Equity and trust law where *I* am without any adequate remedy at Law and "in all matters in which there is any conflict or variance between the rules of equity and the rules of common law with reference to the same matter, the rules of Equity shall prevail" (Judicature Act of 1873);

    c.    That *I,* Eric Jon Phelps, presently a surety "U.S. citizen" and therefore a statutory resident of the Commonwealth of Pennsylvania, expressly intend, upon the filing of this Release, to return to my former **natural born Citizen** status conferred at my **natural birth** on December 3, 1953, that status being a **private individual** National Citizen of the United States of America conferred by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America and further defined in *Hale v. Henkel*, 201 US 43, 74 (1906) and *Selective Draft Law Cases*, 245 U.S. 366, 389 (1918);

    d.    KNOW ALL MEN BY THESE PRESENTS, That *I,* Eric Jon Phelps, do absolutely and irrevocably release and disclaim *Nunc Pro Tunc Ab Initio* all personal property interests, legal and equitable, in the **Public U.S. Citizen** "ERIC JON PHELPS" created by the STATE OF CALIFORNIA and the UNITED STATES OF AMERCA (severally and jointly hereinafter referred to as RELEASEES) on December 21, 1953, upon the public filing of a "CERTIFICATE OF LIVE BIRTH" (Exhibit A);

COPY

LAMAR COUNTY, GA, SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015   AT   9:45 A M
BPA BOOK _____ 45 ____ PAGES 817
DEPUTY CLERK

e.   That *I*, Eric Jon Phelps, absolutely release and disclaim said property interests so as to limit the RELEASEES in whose favor said property interests would otherwise be exercisable, hereby discharging said RELEASEES of all duties and obligations relating to said interests effective immediately;

f.   That *I*, Eric Jon Phelps, upon returning to my former status defined above, intend to be identified as a beneficial member of the **Posterity** for whom The Constitution of the United States of America was ordained and established as intended and declared in its Preamble by its sovereign creator, "We the People of the United States of America;"

g.   That *I*, Eric Jon Phelps, reserve all personal and property rights, legal and equitable by nature, granted or secured by The Constitution of the United States of America, The Constitution of the Commonwealth of Pennsylvania, and the historic American Equity Jurisprudence and intend to be legally bound by this Release executed and delivered in accordance with the spirit and intent of 20 Pa. C.S. 6103, the Maxims of the Law of Contract and the Maxims of Equity;

h.   That *I*, Eric Jon Phelps, in returning to my former status defined above upon the filing of this Release with a third party public office and no longer deemed a "rebel, belligerent or enemy" of the UNITED STATES OF AMERICA during its permanent state of "temporary" national emergency and war, expressly intend to claim a purely beneficial interest by nature to all property, including "money," of my **Protective/Spendthrift trust account**, these accounts having been first established by Congress with the consent of President Woodrow Wilson on October 6, 1917.  Said Protective/Spendthrift trust account was established to hold property of an "**enemy**" of the United States, the elements of which trust are articulated in **the Act**, named the "Trading With the Enemy Act."  But said **Act** was subsequently amended by the "Emergency Banking Relief Act" on March 9, 1933, then to apply to all artificial persons and quasi-artificial individual persons, including "any person within the United States" . . . "subject to the jurisdiction thereof."  No longer a "rebel, belligerent or enemy" of the UNITED STATES OF AMERICA, my **Protective/ Spendthrift trust account** is presently under the care of the President as Commander in chief, with the trustee powers of the former Alien Property Custodian presently vested in and exercised by the Secretary of the Treasury.

*Maxim: "Equity regards as done that which ought to have been done."*

The public filing of this Release renders null and void any previous Release filed with any state-created public office serving as a third party custodian record keeper.

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015   AT   9:45 A M
BPA BOOK _____ 45 _____ PAGES 818
DEPUTY CLERK _____

IN WITNESS whereof *I* have hereunto set my Hand and Seal, this _____ Day of

_____ *May* _____ in the year of our Lord Two Thousand Fifteen.

*Eric Jon Phelps*

Eric Jon Phelps, Releasor
203 South Fort Zellers Road
Newmanstown, PA  17073

---

**Acknowledgement**

| | |
|---|---|
| **United States of America** | ) |
| **Commonwealth of Pennsylvania** | )    **s.a.** |
| **County of Lebanon** | ) |

Before Me, on this day **Eric Jon Phelps**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this _____ 7th _____ day of _____ *May* _____,
2015.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MELISSA K LAZARONY
Notary Public
MYERSTOWN BORO, LEBANON COUNTY
My Commission Expires Mar 9, 2019

_____
Notary Public

---

**Exhibit 1; Page 4 of 4**

OFFICE OF CLERK-RECORDER
# COUNTY OF ALAMEDA
OAKLAND, CALIFORNIA

## COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015 AT 9:45 A M
BPA BOOK 45 PAGES 819

DEPUTY CLERK

| STATE FILE No. 53-270404 | **CERTIFICATE OF LIVE BIRTH** STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH | REGISTRATION DISTRICT NO. 101 | REGISTRAR'S NUMBER 4537 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **THIS CHILD** (TYPE OR PRINT NAME) | 1A. CHILD'S FIRST NAME ERIC | 1B. MIDDLE NAME JON | 1C. LAST NAME PHELPS |
| | 2. SEX Male | 2A. THIS BIRTH, SINGLE, TWIN, OR TRIPLET? Single | 3A. IF TWIN OR TRIPLET, THIS CHILD BORN 1ST, 2ND, 3RD? — | 4A. DATE OF BIRTH—MONTH, DAY, YEAR December 3 1953 | 4B. HOUR 5:02 am M |
| **PLACE OF BIRTH** 0708 | 5A. COUNTY Alameda | 5B. CITY OR TOWN Oakland | | |
| | 5C. FULL NAME OF HOSPITAL OR INSTITUTION Kaiser Foundation Hospital | 5D. ADDRESS 280 MacArthur Blvd. West | | |
| **USUAL RESIDENCE OF MOTHER** | 6A. STATE California | 6B. COUNTY Contra Costa | 6C. CITY OR TOWN Richmond | 6D. STREET OR RURAL ADDRESS 102 So. 35th Street |
| **MOTHER OF CHILD** | 7A. MAIDEN NAME OF MOTHER—FIRST NAME Lynn | 7B. MIDDLE NAME Margrethe | 7C. LAST NAME Callahan | 8 COLOR OR RACE OF MOTHER White |
| | 9. AGE OF MOTHER (AT TIME OF THIS BIRTH) 26 | 10. BIRTHPLACE (STATE OR FOREIGN COUNTRY) Wisconsin | 11. MAILING ADDRESS OF MOTHER As given above | |
| **FATHER OF CHILD** | 12A. NAME OF FATHER—FIRST NAME Lourn | 12B. MIDDLE NAME Gerald | 12C. LAST NAME Phelps | 13 COLOR OR RACE OF FATHER White |
| | 14. AGE OF FATHER (AT TIME OF THIS BIRTH) 29 | 15. BIRTHPLACE (STATE OR FOREIGN COUNTRY) California | 16A. USUAL OCCUPATION Police Officer | 16B. KIND OF BUSINESS OR INDUSTRY City of Richmond |
| **INFORMANT'S CERTIFICATION** | 17. I HEREBY CERTIFY THAT THE ABOVE STATED INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 17A. SIGNATURE OF PARENT OR OTHER INFORMANT Lynn Phelps | 17B. DATE SIGNED BY PARENT OR OTHER INFORMANT December 5 1953 | |
| **ATTENDANT'S CERTIFICATION** | 18. I HEREBY CERTIFY THAT I ATTENDED THIS BIRTH, AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED ABOVE. | 18A. SIGNATURE OF ATTENDANT | 18B. ADDRESS Oakland, California | |
| **REGISTRAR'S CERTIFICATION** | 19 DATE RECEIVED BY LOCAL REGISTRAR DEC 21 1953 | 20. SIGNATURE OF LOCAL REGISTRAR | 21 DATE ON WHICH NAME ADDED BY SUPPLEMENTAL NAME REPORT | |

*Exhibit A*

002405430

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Alameda County Clerk-Recorder.

DATE ISSUED JUL 3 0 2014

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Clerk-Recorder.



*002405430*



PATRICK O'CONNELL
ALAMEDA COUNTY CLERK-RECORDER

LAMAR COUNTY, GA—SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015   AT   9:45A  M
BPA BOOK _____ 45 ___ PAGES 820
_____
DEPUTY CLERK

# COPY



### Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*

Accordingly, I, **Eric Jon Phelps**, *in esse* and *sui juris*, being duly sworn, depose and declare that:

I, **Eric Jon Phelps**, hereby rescind and revoke *Nunc Pro Tunc Ab Initio* every signature of suretyship, **public and private**, ever provided by Affiant on behalf of California corporate sole/artificial person/statutory Public U.S. citizen "ERIC JON PHELPS," created on December 21, 1953;

This **Rescission of Signatures of Suretyship**—*Nunc Pro Tunc Ab Initio* extends to every **public** government contract be it federal, state, county and/or city. This rescission and revocation of **public** signatures of suretyship includes, but is not limited to, the initial application for a social security number/taxpayer identification number; every individual and/or corporate tax return ever filed, be it federal, state, county and/or city; every application for a marriage license as well as every marriage license; every court document ever signed in any legal action, civil and/or criminal; the initial application for selective service in the Armed Forces of the United States; every application for an individual driver's license, federal and/or state, as well as every driver's license, federal and/or state; every application for a United States passport as well as every issued United States passport; every application for voter registration as well as every voter registration card; and every other **public** government contract, known and unknown, evidencing a **signature of suretyship**, every signature now being a **signature of agency** *Nunc Pro Tunc Ab Initio*;

This **Rescission of Signatures of Suretyship**—*Nunc Pro Tunc Ab Initio* extends to every **private** business contract. This rescission and revocation of **private** signatures of suretyship includes, but is not limited to, every application for a bank account, individual and business; every application for any form of insurance, including life insurance, motor vehicle insurance, business insurance, and home insurance; and every other application involved in any **private** business endeavor and/or **private** investment evidencing a **signature of suretyship**, every signature now being a **signature of agency** *Nunc Pro Tunc Ab Initio*;

This **Rescission of Signatures of Suretyship**—*Nunc Pro Tunc Ab Initio* is retroactive to the date of December 21, 1953, the date of the public filing and registration of affiant's Certificate of Live Birth in the State of California, County of Alameda.

**Exhibit 2; Page 1 of 2**

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015   AT   9:45 A   M
BPA BOOK _____ 45 _____ PAGES 821

DEPUTY CLERK

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.



Eric Jon Phelps, /American Freeman/American National
Pre-1933 Private Citizen of the United States
Private Citizen of the Commonwealth of Pennsylvania
Special and Private Resident of the County of Lebanon
All Rights Reserved Without Prejudice

---

**Acknowledgement**

| United States of America | ) | |
|---|---|---|
| **Commonwealth of Pennsylvania** | ) | **s.a.** |
| **County of Lebanon** | ) | |

Before Me, on this day **Eric Jon Phelps**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this ____7th____ day of ____May____,
2015.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MELISSA K LAZARONY
Notary Public
MYERSTOWN BORO, LEBANON COUNTY
My Commission Expires Mar 9, 2019

Notary Public

---

**Exhibit 2; Page 2 of 2**

LAMAR COUNTY, GA, SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 1 1 2015   AT   9:45 A M
BPA BOOK _____ 45 _____ PAGES 822

COPY

DEPUTY CLERK

## Disclaimer of Implied Trusteeship and/or Quasi-Trusteeship
### *Nunc Pro Tunc Ab Initio*

Accordingly, I, **Eric Jon Phelps**, *in esse* and *sui juris*, being duly sworn, depose and declare that:

I, **Eric Jon Phelps**, with intent and purpose being a Private American Citizen of the United States, hereby disclaim and refuse *Nunc Pro Tunc Ab Initio* any implied trusteeship and/or implied quasi-trusteeship, **public and private**, ever knowingly or unknowingly provided by Affiant on behalf of California quasi-corporate sole/artificial person/statutory Public U.S. citizen "ERIC JON PHELPS," including any variation of said *nom de guerre*/name of war, created on December 21, 1953;

This **Disclaimer of Implied Trusteeship and or Quasi-Trusteeship—***Nunc Pro Tunc Ab Initio* extends to every **public** government trust relation be it federal, state, county and/or city.  This disclaimer and refusal of **public** trusteeship and/or quasi-trusteeship includes, but is not limited to, the initial application for a social security number/taxpayer identification number; every individual and/or corporate tax return ever filed, be it federal, state, county and/or city; every application for a marriage license as well as every marriage license; every court document ever signed in any legal action, civil and/or criminal; the initial application for selective service in the Armed Forces of the United States; every application for an individual driver's license, federal and/or state, as well as every driver's license, federal and/or state; every application for a United States passport as well as every issued United States passport; every application for voter registration as well as every voter registration card; and every other **public** government trust relation, known and unknown, evidencing an implied trusteeship and/or quasi-trusteeship on behalf of California quasi-corporate sole/Public U.S. citizen "ERIC JON PHELPS;"

This **Disclaimer of Implied Trusteeship and or Quasi-Trusteeship—***Nunc Pro Tunc Ab Initio* extends to every **private** trust relation.  This disclaimer and refusal of **private** trusteeship includes, but is not limited to, every application for a bank account, individual and business; every application for any form of insurance, including life insurance, motor vehicle insurance, business insurance, and home insurance; and every other application involved in any **private** business endeavor and/or **private** investment evidencing an implied trusteeship and/or quasi trusteeship on behalf of California quasi-corporate sole/Public U.S citizen "ERIC JON PHELPS;"

**Exhibit 3; Page 1 of 2**



LAMAR COUNTY, GA SUPERIOR COURT
FILED AND RECORDED IN CLERK'S OFFICE
MAY 11 2015 AT 9:45 A M
BPA BOOK _____ 45 _____ PAGES 823
_____
DEPUTY CLERK



This **Disclaimer of Implied Trusteeship and or Quasi-Trusteeship**—*Nunc Pro Tunc Ab Initio*— concerning California quasi-corporate sole "ERIC JON PHELPS" is retroactive to the date of December 21, 1953, the date of the public filing and registration of affiant's Certificate of Live Birth in the State of California, County of Alameda.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.



**Eric Jon Phelps**/American Freeman/American National
Pre-1933 Private Citizen of the United States
Private Citizen of the Commonwealth of Pennsylvania
Special and Private Resident of the County of Lebanon
All Rights Reserved Without Prejudice

---

**Acknowledgement**

| | |
|---|---|
| **United States of America** ) | |
| **Commonwealth of Pennsylvania** ) | **s.a.** |
| **County of Lebanon** ) | |

Before Me, on this day **Eric Jon Phelps**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this _7th_ day of _May_____,
2015.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MELISSA K LAZARONY
Notary Public
MYERSTOWN BORO, LEBANON COUNTY
My Commission Expires Mar 9, 2019

Notary Public

---

**Exhibit 3; Page 2 of 2**



**COPY**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 1 1 2015 AT 9:45 A M
BPA BOOK ___45___ PAGES 824

DEPUTY CLERK

## Affidavit of Truth
### Christian Name of Eric Jon Phelps

I, **Eric Jon Phelps**, *in esse* and *sui juris*, solemnly affirm, depose and declare that my Christian name given to me by my parents upon my natural birth is "**Eric Jon Phelps**" evidenced by the attached High School Diploma issued by the Trustees of Pinole Valley High School in June of 1972, it being an exact, true and correct copy of the original issued diploma. (Exhibit A)

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.



*Eric Jen Phelps*

**Eric Jon Phelps**, American Freeman/American National
Pre-1933 Private Citizen of the United States
Private Citizen of the Commonwealth of Pennsylvania
Special and Private Resident of the County of Lebanon
All Rights Reserved Without Prejudice

---

### Acknowledgement

| | |
|---|---|
| **United States of America** | ) |
| **Commonwealth of Pennsylvania** | ) s.a. |
| **County of Lebanon** | ) |

Before Me, on this day **Eric Jon Phelps**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this _7ᵗʰ_ day of _May_____, 2014.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MELISSA K LAZARONY
Notary Public
MYERSTOWN BORO, LEBANON COUNTY
My Commission Expires Mar 9, 2019

Notary Public

---

**Exhibit 4**

**COPY**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015   AT   7:43A M
BPA BOOK   45   PAGES 825
DEPUTY CLERK

# Pinole Valley High School

## Pinole, California

### This Certifies that

### Eric Jon Phelps

has completed a course of studies in accordance with
the requirements of the State Board of Education and the Trustees
of this School and is therefore awarded this Diploma

Given at Richmond, California, this month of June,
one thousand nine hundred seventy-two

*William E. Jagman*
President, Board of Trustees

*U.V. Snodgrass*
Superintendent of Schools

*John B. Palmer*
Principal

*Exhibit A*

COPY

LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 1 1 2015   AT   9:45 A   M
BPA BOOK ____45____ PAGES 826

DEPUTY CLERK

### Affidavit of Truth
## Court Reporter's Transcript of Proceedings

I, **Eric Jon Phelps**, *in esse* and *sui juris*, solemnly affirm, depose and declare that:

The attached eight (**8**) page "**Reporter's Transcript of Proceedings**" as recorded by Official Court Reporter Beverly A. Casares for the United States District Court for the Central District of California, the Honorable John G. Davies presiding, March 21, 1994, Los Angeles, California, is a full, complete, true and correct copy of a certified copy of the original court transcript.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.



**Eric Jon Phelps**, American Freeman/American National
Pre-1933 Private Citizen of the United States
Private Citizen of the Commonwealth of Pennsylvania
Special and Private Resident of the County of Lebanon
All Rights Reserved Without Prejudice

---

### Acknowledgement

| | | |
|---|---|---|
| **United States of America** | ) | |
| **Commonwealth of Pennsylvania** | ) | **s. a.** |
| **County of Lebanon** | ) | |

Before Me, on this day **Eric Jon Phelps**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this ___7th___ day of ___May___, 2015.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MELISSA K LAZARONY
Notary Public
MYERSTOWN BORO, LEBANON COUNTY
My Commission Expires Mar 9, 2019

Notary Public _____

**Exhibit 5**

**COPY**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015 AT 9:45 A M
BPA BOOK 45 PAGES 827
DEPUTY CLERK

1  NORA M. MANELLA
   United States Attorney
2  MASON C. LEWIS
   Assistant United States Attorney
3  Chief, Tax Division
   GREGORY A. ROTH
4  Assistant United States Attorney
   Room 2115, Federal Building
5  300 North Los Angeles Street
   Los Angeles, CA  90012
6  Telephone:  (213) 894-2576
   Facsimile:  (213) 894-0115
7
   Attorneys for the United States of America
8

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )  Case No. CV 94
                                     )
13           Petitioner,             )  [PROPOSED]
                                     )  ORDER TO SHOW CAUSE
14       vs.                         )
                                     )
15  RANDY L. C_____R,             )
                                     )
16           Respondent.             )
                                     )
17

18       Upon the Petition and supporting Memorandum of Points and

19  Authorities and Declaration to the Petition, the Court finds that

20  Petitioner has established its *prima facie* case for judicial

21  enforcement of the subject summonses.  *See United States v.*

22  *Powell*, 379 U.S. 48, 58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964).

23  *See also United States v. Samuels, Kramer and Co.*, 712 F.2d 1342,

24  1344-45 (9th Cir. 1983) (the Government's *prima facie* case is

25  typically made through the sworn declarations of the I.R.S. agent

26  who issued the summons).

27  ///

28  ///

**FILED**

FEB 15 1994

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*1 of 8*

Therefore, IT IS ORDERED that Respondent appear before this

District Court of the United States for the Central District of

California, in Courtroom No. 990.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015   AT   9:45 AM
BPA BOOK _____ 45 _____ PAGES 828
DEPUTY CLERK _____

[ ]   United States Court House
      312 North Spring Street, Los Angeles, California, 90012

[✓]   Roybal Federal Building
      255 E. Temple Street, Los Angeles, California, 90012

on March 21 _____, 1994, at 1:30 P.M., and show cause

why testimony and production of books, records, papers and other

data demanded in the subject Internal Revenue Service summonses

should not be compelled.

    IT IS FURTHER ORDERED that copies of this Order, the

Petition, Memorandum of Points and Authorities, and accompanying

Declaration be served promptly upon Respondent by any employee of

the Internal Revenue Service by personal delivery or by certified

mail.

    IT IS FURTHER ORDERED that within ten (10) days after

service upon the Respondent of the herein described documents,

Respondent shall file and serve a written response, (nunc pres) supported by

appropriate sworn statements, as well as any desired motions.

If, prior to the return date of this Order, Respondent files a

response with the Court stating that Respondent does not desire

to oppose the relief sought in the Petition, nor wish to make an

appearance, then the appearance of Respondent at any hearing

pursuant to this Order to Show Cause is excused, and Respondent

shall be deemed to have complied with the requirements of this

Order.

///

///

2 of 8

2

COPY

IT IS FURTHER ORDERED that all motions and issues raised by

the pleadings will be considered on the return date of this

Order.  Only those issues raised by motion or brought into

controversy by the responsive pleadings and supported by sworn

statements filed within ten (10) days after service of the herein

described documents will be considered by the Court.  All

allegations in the Petition not contested by such responsive

pleadings or by sworn statements will be deemed admitted.


DATED:  This  15th  day of  FEBRUARY            , 1994.


                                    UNITED STATES DISTRICT JUDGE

                                    LAMAR COUNTY, GA. SUPERIOR COURT
                                    FILED & RECORDED IN CLERK'S OFFICE
                                    MAY 11 2015  AT  9:45 A  M
                                    BPA BOOK    43    PAGES 822

Presented By:                       DEPUTY CLERK

NORA M. MANELLA
United States Attorney
MASON C. LEWIS
Assistant United States Attorney
Chief, Tax Division


GREGORY A. ROTH
Assistant United States Attorney

Attorneys for Petitioner,
United States of America

3. of 8

3

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015 AT 9:45 A M
BPA BOOK ___45___ PAGES 830
DEPUTY CLERK

1

UNITED STATES DISTRICT COURT

2

CENTRAL DISTRICT OF CALIFORNIA

3

- - -

4

HONORABLE JOHN G. DAVIES, JUDGE PRESIDING

5

- - -

6

7    UNITED STATES OF AMERICA          )
                                        )
8              Plaintiff(s)            )
                                        )
9         vs.                          )   NO. CV-94▮▮▮▮-JGD
                                        )
10   RANDY L. O▮▮▮▮▮▮▮R                 )
                Defendant(s)           )

11

12

13

14                REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                      Los Angeles, California

16                      Monday, March 21, 1994

17

18

19

20

21                 BEVERLY A. CASARES  CSR# 8630
                   Official Court Reporter
22                 312 North Spring Street
                   Room 440
23                 Los Angeles, California 90012
                   (213) 617-2305

24

25                            4 of 8

BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

COPY

LAMAR COUNTY GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015   AT   9:45 A M
BPA BOOK _____ 45 _____ PAGES 831
DEPUTY CLERK

1    APPEARANCES:

2

3    FOR PLAINTIFF(S)          GREGORY A. ROTH
                               312 N. Spring Street
                               Los Angeles, California 90012
4                              (213) 894-2410

5

6    FOR DEFENDANT(S)          RANDY L. O███████R

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*5 of 8*

BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 14 2015 AT 9:45A M
BPA BOOK ___45___ PAGES 832
DEPUTY CLERK

COPY

1    LOS ANGELES, CALIFORNIA; MONDAY, MARCH 21, 1994

2                    1:30 P.M.

3        THE CLERK:  Item number 6, case number CV-94███,

4    United States of America versus Randy L. O████████r.

5        MR. ROTH:  Good afternoon, your Honor, Assistant

6    U.S. Attorney Gregory Roth appearing on behalf of the

7    United States, and its agency the Internal Revenue

8    Service.

9        THE COURT:  Is there any opposition?

10       MR. O████████R:  For the record.

11       THE COURT:  Yes.

12       MR. O████████R:  My Christian name is Randy Lee and

13   my family name is O████████r.

14       THE COURT:  All right.

15       MR. O████████R:  That is spelled capital R, lower

16   case, a-n-d-y, capital L, lower case e-e, capital O, lower

17   case ███████████-r.

18       I have responded to this petition, because it was

19   found on the door of the place where I take up

20   housekeeping, and attempts to create a colorable persona

21   under colorable law by the name of capital R-A-N-D-Y L

22   period, O-███████████-R.  The artifice being used

23   here to deceive this Honorable Court must be abated as a

24   Public Nuisance.

25       For the record Randy Lee and Jesus the Christ

6 of 8

BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORTER

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015   AT   9:45 A M
BPA BOOK   45   PAGES 833

DEPUTY CLERK

1   Advocate and Wonderful Counselor are using the Right of

2   Visitation to exercise the Ministerial Powers to be heard

3   on this matter.

4        I, Randy Lee am a native Californian and a Man on

5   the Land in Los Angeles County, not a resident in the

6   Federal Judicial District in the Central District of

7   California.

8        My Colors and Authority is the California Bear Flag

9   with the Gold Star.  My Law is My Family Bible.  And my

10   Status is shown by the Seal of the People.

11        I am who I say I am, not who the U.S. Attorney says

12   I am. Further I sayeth not and I stand mute.

13        THE COURT:  All right. Please take your things off

14   of the podium and sit down at your table. Mr. Roth, do

15   you have any response to this alleged case of mistaken

16   identity.

17        MR. ROTH:  Well, your Honor, Mr. O██████r seems

18   to think tha' if you spell your name in upper and lower

19   case, it relieves him of compliance.

20        THE COURT:  Thank you, Mr. Roth. Please call the

21   next case Clerk.

22             (Proceedings concluded.)

23

24

25

*7 of 8*

COPY

LAMAR COUNTY DISTRICT SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015   AT   9:45A M
BPA BOOK ____45____   PAGES 834
DEPUTY CLERK

C E R T I F I C A T E

1

2

3

4                I hereby certify that the foregoing

5    matter entitled UNITED STATES OF AMERICA versus RANDY L.

6    O██████████R No. CV-94 ████ -JGD is transcribed from the

7    stenographic notes taken by me and is a true and accurate

8    transcription of the same.

9

10

11

12

13   _____        3/25/94
     BEVERLY A. CASARES CSR# 8630            DATED:
14   Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25                              8 of 8

BEVERLY A. CASARES, UNITED STATES OFFICIAL COURT REPORT

**COPY**

LAMAR COUNTY OF GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015   AT   9:45 A M
BPA BOOK _____ 45 ____ PAGES 835
DEPUTY CLERK _____ 

# <u>Notice of Private Trust Arrangement</u>

This is Actual and Constructive Notice

of a Special and Private Trust Arrangement

Established by Pre-1933 Private Citizen of the United States,

**Eric Jon Phelps**, Grantor/Settlor,

The Indenture, if any, governing the Special use of Private Business Trust

**"ERIC JON PHELPS."**

This arrangement is to be governed by the Maxims of Equity uniquely cognizable
in a Federal District Court sitting in Exclusive Equity in Special Term.

*Maxim: "Equity regards as done that which ought to have been done."*

**Exhibit 6; Page 1 of 2**

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015 AT 9:45 A M
BPA BOOK _____ 45 _____ PAGES 836

DEPUTY CLERK



_Eric Jon Phelps_

**Eric Jon Phelps**, Grantor/Settlor
Pre-1933 Private Citizen of the United States
          American Freeman/American National
Private Citizen of the Commonwealth of Pennsylvania
Special and Private Resident of the County of Lebanon
Agent for Private Business Trust ERIC JON PHELPS
All Rights Expressly Reserved

---

### Acknowledgement

| | |
|---|---|
| **United States of America** | ) |
| **Commonwealth of Pennsylvania** | )     s. a. |
| **County of Lebanon** | ) |

Before Me, on this day **Eric Jon Phelps**, known to me to be the natural person described
herein, personally made a restricted visitation and solemnly affirmed under the Law of God
and the Maxims of Equity that every statement given above was the whole truth to the best of
his knowledge.

Subscribed and Affirmed before me on this _7th_ day of _May_ ,
2015.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MELISSA K LAZARONY
Notary Public
MYERSTOWN BORO, LEBANON COUNTY
My Commission Expires Mar 9, 2019

Notary Public

---

**Exhibit 6; Page 2 of 2**

COPY

FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015 AT 9:45 A M
BPA BOOK _____ 45 ____ PAGES 831

DEPUTY CLERK

## Affidavit of Exemption From Withholding
## Concerning Non-Taxpayer "ERIC JON PHELPS"—*Nunc Pro Tunc Ab Initio*

Accordingly, I, **Eric Jon Phelps**, *in esse* and *sui juris*, being duly sworn, depose and declare that the following facts are true, correct and complete to the best of my first-hand knowledge and belief.

1. Affiant was naturally born in the geographic United States of America, in the State of California, on a location within the city of Oakland, on the Third day of December, in the year of our Lord Nineteen hundred Fifty-three (December 3,1953);

2. Affiant, a natural person, became a *de jure,* natural born **Private Citizen of the United States of America** on the day of his natural birth pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States; and therefore,

3. Affiant, a natural person, became a *de jure,* natural born **Private Citizen of the State of California** on the day of his natural birth pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States of America, said State citizenship having been conferred by his bona fide, **Private Residency** in the County of Alameda;

4. Affiant, by operation of law, was pledged as **Property** for, wedded to and made **Surety** for, a *de facto,* artificial person, state-created, quasi-business trust, statutory **Public United States citizen** by means of a "Certificate of Live Birth" filed with the County of Alameda, in the State of California, on December 21, 1953;

5. Affiant, by operation of law, was restored to his former status of being a **Private Citizen of the United States of America: American National** upon the public filing of a "**Release Without Consideration—***Nunc Pro Tunc Ab Initio*" with the Clerk of Court, Lamar County, Georgia;

6. Affiant has eliminated any presumption of fact that Affiant is **Property** of, **Surety** for, and/or wedded to said statutory Public United States citizen by Affiant's public filing of a "**Rescission of Signatures of Suretyship—***Nunc Pro Tunc Ab Initio*" with the Clerk of Court, Lamar County, Georgia. Affiant makes his home in Lebanon County, Commonwealth of Pennsylvania, in which county Affiant privately resides on the land under special equitable interests by nature and does not publicly reside in said county according to statute, federal or state;

**Exhibit 7; Page 1 of 4**

COPY

ADAMS COUNTY, PA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015   AT   9:45 A  M
BPA BOOK _____ 45 ___ PAGES 838
DEPUTY CLERK

7. Affiant, by virtue of his constitutionally protected status of being a **Pre-1933 Private National Citizen of the United States of America**, is **as foreign** to the present *de facto,* Emergency War Powers, Roman Civil Law-based, **martial due process** of the courts of the United States and the courts of the several states.  For the former *de jure,* Constitutional, Common Law-based, **civilian due process** of the United States (guaranteed to all Private American National Citizens by the Fifth Amendment) and the Common Law-based, **civilian due process** of the several states (guaranteed to all Private American National Citizens by Section 1 of the 14th Amendment) has been altered and/or modified into the present *de facto,* Emergency War Powers, Civil Law-based, **martial due process** of the United States and the **martial due process** of the several states by a congressionally-amended, World War I statute ("Trading With the Enemy Act") as amended by "**The Emergency Banking Relief Act**" (12 USC 95a) and a subsequent presidential proclamation (2040), both events transpiring on March 9, 1933;

THEREFORE:

8. Affiant is not a statutory public "United States citizen;"

9. Affiant is not a statutory public "resident" of the United States;

10. Affiant is not a statutory public "United States person;"

11. Affiant is not a statutory public "non-citizen national;"

12. Affiant is not a statutory public "citizen" of the Commonwealth of Pennsylvania;

13. Affiant is not a statutory public "resident" of the Commonwealth of Pennsylvania;

14. Affiant is not a statutory public "resident alien;"

15. Affiant is not a statutory public "non-resident alien;"

16. Affiant is not a statutory public "taxpayer;"

17. Affiant is not a statutory public "non-taxpayer;"

18. Affiant does not have a statutory public "tax home within or without the United States" presently under military occupation via the "Trading with the Enemy Act" (1917) as amended by the "Emergency Banking Relief Act" (1933);

**Exhibit 7; Page 2 of 4**

COPY

LAMAR COUNTY OF SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 1 1 2015     AT     9:45 A M
BPA BOOK _____ 46 _____ PAGES 839

DEPUTY CLERK

19. Affiant, in holding **the citizenship status** of a Pre-1933 Private National Citizen of the United States of America secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America, specially and privately residing in equity in the Commonwealth of Pennsylvania, is not subject to the Internal Revenue Code as it applies only to a "person" defined under the "Emergency Banking and Relief Act" of March 9, 1933;

20. Affiant, as a matter of public record, is the Non-Surety Agent for unincorporated, non-statutory **Private Business Trust** and *de facto* Private Citizen "**ERIC JON PHELPS**" created by Grantor/Settlor Eric Jon Phelps. Private Business Trust "**ERIC JON PHELPS**," as a matter of public record, is presently under a special and private trust arrangement governed by the Maxims of Equity, where, by the Judicature Act of 1873 in operation today, "when the rules of common law and the rules of equity conflict over the same subject matter the rules of equity shall prevail" (Pomeroy, Eq. Jur. §124, §219, §279, §354, §357);

21. Affiant declares that Private Business Trust "**ERIC JON PHELPS**" is a vessel in domestic and world commerce for the benefit of a special and private Sole Beneficiary holding the status of Pre-1933 Private Citizen of the United States secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States, all "income" received by Private Business Trust "**ERIC JON PHELPS**" being the special and private equitable property by nature of Sole Beneficiary;

22. Affiant, based upon the above, declares Private Business Trust "**ERIC JON PHELPS**" is a Non-taxpayer, having no "income," all "income" being the special and private equitable property by nature of Sole Beneficiary;

23. Affiant declares that Non-Taxpayer Private Business Trust "**ERIC JON PHELPS**" has never received, nor shall ever receive, any beneficial income, including profit and/or gain from any "source;" income derived from wages, tips, salaries, etc., whatsoever; has never had a past or present tax liability, and is therefore exempt from any form of backup withholding by any business, public or private, and exempt from withholding by any employer, public or private; affiant further declaring that all income taxes previously paid to the *de facto* military government of the United States to be a gift;

24. Affiant declares this **Affidavit of Exemption from Withholding Concerning Non-Taxpayer "ERIC JON PHELPS"**—*Nunc Pro Tunc Ab Initio* renders null and void any previous **Affidavit of Exemption from Withholding** filed with any public office.

*Maxim: "Equity regards as done that which ought to have been done."*

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
MAY 11 2015   AT   9:45 A.M
BPA BOOK _____ 45 _____ PAGES 840

DEPUTY CLERK

Further Affiant Sayeth Not.



**Eric Jon Phelps/American Freeman/American National**
Pre-1933 Private Citizen of the United States
Private Citizen of the Commonwealth of Pennsylvania
Special and Private Resident of the County of Lebanon
All Rights Reserved Without Prejudice

---

### Acknowledgement

United States of America )
**Commonwealth of Pennsylvania** )   s. a.
**County of Lebanon** )

Before Me, on this day **Eric Jon Phelps**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this _7th_ day of _May_____,
2015.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MELISSA K LAZARONY
Notary Public
MYERSTOWN BORO, LEBANON COUNTY
My Commission Expires Mar 9, 2019

Notary Public

---

**Exhibit 7; Page 4 of 4**

*Exhibit B*

## Release and Discharge of Obligations
## To Impose Military Due Process of Law—*Nunc Pro Tunc Ab Initio*

Accordingly, I, **Eric Jon: Phelps**, *in esse* and *sui juris*, being duly sworn, depose and declare that:

I, **Eric Jon: Phelps**, with intent and purpose, being a Pre-March 9, 1933, Private American National Citizen of the United States protected by Section One of the Fourteenth Amendment to the Constitution for the United States of America, in consideration for one lawful dollar, hereby **Release and Discharge**—*Nunc Pro Tunc Ab Initio*—all legislative, executive and judicial officers of the United States and all legislative, executive and judicial officers of the several States of their statutory emergency war powers Obligations to impose upon Affiant, **Eric Jon: Phelps**, a military due process of law, civil and/or criminal, public and/or private.

This **Release and Discharge of Obligations to Impose Military Due Process of Law —** *Nunc Pro Tunc Ab Initio*—concerning California quasi-corporate sole "ERIC JON PHELPS" is retroactive to the date of December 21, 1953, the date of the public filing and registration of affiant's Certificate of Live Birth in the State of California, County of Alameda.

This **Release and Discharge of Obligations to Impose Military Due Process of Law—** *Nunc Pro Tunc Ab Initio*—includes the military jurisdiction imposed after April 25, 1938, on all the courts, federal and state, said military jurisdiction conferred by Congress through Section 17 of the "Trading With the Enemy Act" of 1917 (50 USC App. 5(b) as the Act was amended by the "Emergency Banking Relief Act" of 1933 (12 USC 95a).

This **Release and Discharge of Obligations to Impose Military Due Process of Law —** *Nunc Pro Tunc Ab Initio*—has been necessitated by the declared state of a temporary, national banking emergency imposed by President Franklin D. Roosevelt on March 6, 1933, via Proclamation 2039. Three days later said proclamation was "approved and confirmed" by Congress passing its "Emergency Banking Relief Act" on March 9, 1933, followed by President Roosevelt's Proclamation 2040 on March 9, 1933, thereby ousting America's Constitutional civilian government while imposing a temporary, statutory, emergency war powers military government and subsequent military jurisdiction. This state of temporary national emergency remains in effect, all branches of government sitting in temporary emergency war powers military jurisdiction.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.





USA *I

*Eric Jon: Phelps*

**Eric Jon: Phelps**, American Freeman/American National
Pre-March 9, 1933, Private Citizen of the United States
Private Citizen of the Commonwealth of Pennsylvania
Special and Private Resident of the County of Lebanon
All Rights Reserved Without Prejudice

---

### Verification and Acknowledgement

| | |
|---|---|
| **United States of America** | ) |
| **Commonwealth of Pennsylvania** | )   **s. a.** |
| **County of Lebanon** | ) |

Before Me, on this day **Eric Jon: Phelps**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ** set forth in the *AV1611 Reformation English Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this _17th_ day of _December_ ,
20 _15_ .

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
William L. Hertzog, Notary Public
Myerstown Boro, Lebanon County
My Commission Expires May 08, 2017

Notary Public

---

**Exhibit B; page 2 of 2**

*Exhibit C*

## Acknowledgement and Acceptance of Constitutional Oaths
## To Support the Constitution of the United States of America
### *Nunc Pro Tunc Ab Initio*

Accordingly, I, **Eric Jon: Phelps**, *in esse* and *sui juris*, being duly sworn, depose and declare that:

I, **Eric Jon: Phelps**, with intent and purpose, being a Pre-March 9, 1933, Private American National Citizen of the United States protected by Section One of the Fourteenth Amendment to the Constitution for the United States of America, hereby Accept the Constitutional Oaths of all legislative, executive and judicial officers, federal and state, to support and defend the Constitution for the United States of America in consideration for one lawful dollar. Said **Acknowledgment and Acceptance of Constitutional Oaths to Support the Constitution of the United States of America—*Nunc Pro Tunc Ab Initio*—** is retroactive from the date of December 21, 1953, the date of the public filing and registration of affiant's "Certificate of Live Birth" in the State of California, County of Alameda, and subsequent immediate seizure of the registered property, i.e., the Affiant, via FDR's Proclamation 2040 of March 9, 1933, approved and confirmed by Congress through its "Emergency Banking Relief Act" of March 9, 1933.

Further, all judicial officers are hereby bound by their constitutional Oaths to support and defend the Constitution of the United States of America which includes giving Affiant a civilian, constitutional, **Civilian Due Process of Law** in civil and criminal matters on both a federal and state level. Refusal or failure to do so would be a violation of Affiant's **Civilian Due Process Rights** secured from federal infringement by the Fifth Amendment to the Constitution, and from state infringement by Section One of the Fourteenth Amendment to the Constitution of the United States of America.

Further, said judicial officers have been Released and Discharged of any obligation whatsoever to impose a military due process of law and are bound to provide only a **Civilian Due Process of Law** in any action involving Affiant, be it civil or criminal, public or private. To proceed otherwise would be a violation of their constitutional Oaths taken pursuant to Article VI, Section 3, of the Constitution of the United States of America.

Further, I, **Eric Jon: Phelps**, do not and shall not consent to a statutory, military due process of law, but shall insist on only a constitutional, **Civilian Due Process of Law**, public and private, involving all matters relating to this temporary emergency war powers military government imposed on March 9, 1933, its courts, federal and state, sitting in temporary emergency war powers military jurisdiction since April 25, 1938.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.





*Eric Jon: Phelps*

**Eric Jon: Phelps**, American Freeman/American National
Pre-March 9, 1933, Private Citizen of the United States
Private Citizen of the Commonwealth of Pennsylvania
Special and Private Resident of the County of Lebanon
All Rights Reserved Without Prejudice

---

### Verification and Acknowledgement

| | |
|---|---|
| **United States of America** | ) |
| **Commonwealth of Pennsylvania** | )    **s. a.** |
| **County of Lebanon** | ) |

Before Me, on this day **Eric Jon: Phelps**, known to me to be the natural person described herein, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ** set forth in the *AV1611 Reformation English Bible* and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this *17th* day of *December*,
20 *15*.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
William L. Hertzog, Notary Public
Myerstown Boro, Lebanon County
My Commission Expires May 08, 2017

Notary Public

---

## <u>Notice of Status</u>

**<u>DATE</u>:**     December 8, 2014                              *Exhibit D* 

**<u>TO</u>:**      President/Commander in chief Barack Obama
          c/o Attorney General Eric Holder
          U. S. Department of Justice
          950 Pennsylvania Ave, NW
          Washington, D.C., 20530-0001
          Registered Mail No. **RE 083 284 458 US**

COPY

          Jacob Lew, Secretary of the Treasury
          Department of the Treasury
          1500 Pennsylvania Avenue, N.W.
          Washington, D.C., 20220
          Registered Mail No. **RE 083 284 461 US**

          John Koskinen, Commissioner of the IRS
          Internal Revenue Service
          1111 Constitution Ave., N.W.
          Washington, D.C., 20224-0002
          Registered Mail No. **RE 083 284 475 US**

          Governor/Commander in chief Tom Wolf
          Commonwealth of Pennsylvania
          c/o Attorney General Kathleen G. Kane
          16th Floor, Strawberry Square
          Harrisburg, PA  17120
          Registered Mail No.  **RE 083 284 489 US**

**<u>SUBJECT</u>:**   **Notice of Status**: Notice of Pre-1933 Private Citizenship Status of Eric Jon
          Phelps, American Freeman/American National, conferred by Section 1 of the
          Fourteenth Amendment to the Constitution of the United States; Notice and
          Demand to Correct the Record

**<u>FROM</u>:**    **Eric Jon Phelps**, American Freeman/American National
          Pre-1933 Private Citizen of the United States
          Private Citizen of the Commonwealth of Pennsylvania
          Special and Private Resident within a Non-Militarily Occupied Estate
               County of Lebanon
          All Rights Reserved Without Prejudice

**1 of 3**     *Exhibit D*

## Notice of Status

## Notice of Private American Citizenship Status

Dear Friends,

Pursuant to the attached "**Declaration of Status of Eric Jon Phelps: American Freeman; Pre-1933 Private Citizen of the United States: American National**," this "**Notice of Private American Citizenship Status**," et al, is to inform your offices that I, Eric Jon Phelps, am a Pre-1933, Private Citizen of the United States.  Further, I am neither volunteer surety/quasi trustee nor personal property of the state-created "ERIC JON PHELPS."

As a *de jure,* Pre-1933 Private Citizen of the United States (the "United States" being the fifty states in union under the Constitution), my citizenship is unaltered by any state or federal contract, express or implied, commercial or otherwise.  My Private Individual Citizenship status is secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States.  Please consult the attached "**Declaration of Status**" if clarification is needed pertaining to my situation.

## Notice and Demand to Correct the Record

Further, being one of the sovereign "**We the People**" of the Constitution of the United States of America and a member of the "**Posterity**," I am a beneficiary of the said constitutional trust.  Additionally and therefore, I am the sole beneficiary of "ERIC JON PHELPS."

## Breach of Trust

Please update and correct your records to reflect this change in citizenship status, once statutorily *de facto* and public, now constitutionally *de jure* and private.  Upon receipt of this Notice your office is given thirty (30) days to comply with this demand.  Failure to comply, either by letter denying my constitutional, private citizenship status or by silence, will be deemed a refusal to comply with my demand as a beneficiary of the Constitution and therefore a breach of trust.

If you have any questions please contact me at my private address below.

Further, I would be happy to personally meet with you or your agent if you deem it to be necessary.

## Notice of Status

Respectfully submitted,



Eric Jon Phelps, in esse, sui juris
Pre-1933 Private Citizen of the United States
Private Citizen of the Commonwealth of Pennsylvania
Special and Private Resident in Equity Within
     A Non-Militarily-Occupied Estate
County of Lebanon
203 South Fort Zellers Road
Newmanstown, Pennsylvania
Zip Code Excepted [*17073*]

## Acknowledgement

| | |
|---|---|
| **United States of America** | ) |
| **Commonwealth of Pennsylvania** | )    **s.a.** |
| **County of Lebanon** | ) |

Before Me, on this day **Eric Jon Phelps**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this ___9th___ day of ___December___, 2015.
                                                    14.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
William L. Hertzog, Notary Public
Myerstown Boro, Lebanon County
My Commission Expires May 08, 2017

_____
Notary Public

**Registered No.** RE083284458US

**Date Stamp**

WOMELSDORF PA 19567
0267
DEC 1 0 2014
12/09/14
USPS

| | | | |
|---|---|---|---|
| Reg. Fee | $12.75 | | |
| Handling Charge | $0.00 | Return Receipt | $2.70 |
| Postage | $5.75 | Restricted Delivery | $0.00 |
| Received by | | | |

To Be Completed By Post Office

Customer Must Declare Full Value $ $10.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM

Pastor Jim Phelps
203 S. Fort Zellers Rd
Newmanstown PA 17073

TO

President Obama / Eric Holder
Washington DC 20500
950 Pennsylvania Ave, NW
Washington DC 20530-0001

PS Form **3806,** **Receipt for Registered Mail** Copy 1 - Customer
May 2007 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

---

**Registered No.** RE083284461US

**Date Stamp**

0267
DEC 1 0 2014
12/09/14
USPS

| | | | |
|---|---|---|---|
| Reg. Fee | $12.75 | | |
| Handling Charge | $0.00 | Return Receipt | $2.70 |
| Postage | $5.75 | Restricted Delivery | $0.00 |
| Received by | | | |

To Be Completed By Post Office

Customer Must Declare Full Value $ $10.00

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM

Pastor Jim Phelps
203 S. Fort Zellers Rd
Newmanstown, Penna.
17073

TO

Jacob Lew, Sec of Treasury
Washington DC 20220
1500 Pennsylvania Ave, N.W.
Washington, De. 20220

PS Form **3806,** **Receipt for Registered Mail** Copy 1 - Customer
May 2007 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

## Notice of Tolling of Time

January 7, ~~2014~~ *2015*

*Exhibit E*

COPY

**TO:**        President/Commander in chief Barack Obama
c/o Attorney General Eric Holder
U. S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C., 20530-0001
Registered Mail No. **RE 083 284 550 US**

Jacob Lew, Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C., 20220
Registered Mail No. **RE 083 284 563 US**

John Koskinen, Commissioner of the IRS
Internal Revenue Service
1111 Constitution Ave., N.W.
Washington, D.C., 20224-0002
Registered Mail No. **RE 083 284 577 US**

Governor/Commander in chief Tom Wolf
Commonwealth of Pennsylvania
c/o Attorney General Kathleen G. Kane
16th Floor, Strawberry Square
Harrisburg, PA  17120
Registered Mail No.  **RE 083 284 585 US**

**SUBJECT**:   **Notice of Tolling of Time**: Notice of Pre-1933 Private Citizenship Status of Eric
Jon Phelps, American Freeman/American National, conferred by Section 1 of the
Fourteenth Amendment to the Constitution of the United States; Notice and
Demand  for Acknowledgement and Acceptance of Status; Notice to Correct the
Record

**FROM:**      **Eric Jon Phelps**, American Freeman/American National
Pre-1933 Private Citizen of the United States
Private Citizen of the Commonwealth of Pennsylvania
Special and Private Resident within a Non-Militarily Occupied Estate
        County of Lebanon
All Rights Reserved Without Prejudice

*Exhibit E*

## Notice of Tolling of Time

## Notice of Pre-1933 Private American Citizenship Status

Dear Friend,

On December 16, 2014, your office received a **"Notice of Status of Eric Jon Phelps; American Freeman: Pre-1933 Private Citizen of the United States; American National,"** with attachments.  Therein was demanded the following now amended as given below:

## Notice and Demand to Correct the Record

Further, being one of the sovereign **"We the People"** of the Constitution of the United States of America and a member of the **"Posterity,"** I am a beneficiary of the said constitutional trust. Additionally and therefore, I am the sole beneficiary of "ERIC JON PHELPS."  Please update and correct your records to reflect this change in citizenship status, once statutorily *de facto* and public, now constitutionally *de jure* and private.

## Notice and Demand for Acknowledgement and Acceptance of Status

Upon receipt of this Notice, your office is given thirty (30) days to comply with this demand. Failure to affirm, deny or reply will be deemed an admission, acknowledgement, acceptance and consent to my private citizenship status and therefore an acknowledgement and consent of me being a beneficiary of the Constitutional Trust.  Further, said failure to affirm, deny or reply will also be deemed an acknowledgement and consent that I am the sole beneficiary of "ERIC JON PHELPS."

## Notice of Tolling of Time

Having received the above **Notice of Status** with attachments on December 16, 2014, your office has approximately twenty (20 days to either affirm, deny or reply to said notice.  Failure to affirm, deny or reply will be deemed and admission, acknowledgement, acceptance and consent to the status matters set forth above.

If you have any questions please contact me at my private address below.

Further, I would be happy to personally meet with you or your agent if you deem it to be necessary.

## Notice of Tolling of Time

Respectfully submitted,

Eric Jon Phelps, in esse, sui juris
Pre-1933 Private Citizen of the United States
Private Citizen of the Commonwealth of Pennsylvania
Special and Private Resident in Equity Within
    A Non-Militarily-Occupied Estate
County of Lebanon
203 South Fort Zellers Road
Newmanstown, Pennsylvania
Zip Code Excepted [*17073*]

### Acknowledgement

| | | |
|---|---|---|
| **United States of America** | ) | |
| **Commonwealth of Pennsylvania** | ) | **s.a.** |
| **County of Lebanon** | ) | |

Before Me, on this day **Eric Jon Phelps**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this ____7th____ day of ____January____, 2015.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
William L. Hertzog, Notary Public
Myerstown Boro, Lebanon County
My Commission Expires May 08, 2017

**Registered No.**

**Date Stamp**

| | | |
|---|---|---|
| Reg. Fee | | |
| Handling Charge | Return Receipt | |
| Postage | Restricted Delivery | |
| Received by | | |

To Be Completed By Post Office

Customer Must Declare Full Value $

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM
Dave Jn Phelps
203 South fort Zellers Rd
Newmanstown, Penna
17073

TO
Sec. of Treasury Jacob Lew
Dept. of the Treasury
1500 Pennsylvania Ave, N.W.
Washington DC 20220

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
January 2014 (7530-02-000-9051)         (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

---

**Registered No.**

**Date Stamp**

| | | |
|---|---|---|
| Reg. Fee | | |
| Handling Charge | Return Receipt | |
| Postage | Restricted Delivery | |
| Received by | | |

To Be Completed By Post Office

Customer Must Declare Full Value $

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM
Dave Jn Phelps
203 S. fort Zellers Rd.
Newmanstown, Penna,
17073

TO
Pres/ Commin chief Barack Obama
c/o Attorney Gen Eric Holden
950 Pennsylvania Ave, NW
Washington DC 20530-0001

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
January 2014 (7530-02-000-9051)         (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®