| Special | Private | Priority | Proprietary | Urgent |

IN THE

# District Court of the United States

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*FILED HARRISBURG, PA JAN 11 2016 MARIA E. ELKINS, CLERK Per ___ DEPUTY CLERK*

| | |
|---|---|
| **Eric Jon: Phelps**, Beneficiary<br>Pre-1933 Private American National<br>Citizen of the United States<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>**BARACK OBAMA**, Trustee<br>President/Commander in chief,<br>　United States of America<br><br>**JACOB LEW**, Trustee<br>Secretary of the Treasury<br>　United States of America<br><br>　　　　　Defendants | **Civil No. 1:15-CV-2328**<br><br>**Civil Action**<br>(In the spirit and intent of a<br>Pre-1938 Bill in Equity<br>in Chancery)<br><br><br>**Non-Statutory**<br>**Amended Complaint**<br><br><br>**Judge Sylvia H. Rambo** |

---

To the Honorable **Sylvia H. Rambo**, Judge and Chancellor of the District Court

Of the United States for the Middle District of Pennsylvania

**Notice to the Court: Rebutted Presumptions for the Record**

1. The attached "**Amended Complaint for the Enforcement of Private Trusts**" is completely, and in its entirety, Non-Statutory. Plaintiff's purpose and intent is that the Chancellor, sitting in non-statutory, exclusive Equity jurisdiction, should settle all matters involving private, non-statutory trusts.

Page 1 of 2

**Special          Private          Priority          Proprietary          Urgent**

2. Plaintiff is a Non-Statutory Private American National Citizen protected under Section 1 of the Fourteenth Amendment to the Constitution of the United States of America. Plaintiff's citizenship status is not defined by any statute of the United States Code, but defined exclusively and only by the Constitution.

3. Plaintiff is proceeding In Propria Persona, not Pro Se.

4. Plaintiff's name is **Eric Jon: Phelps**, not "ERIC JON PHELPS."

5. Plaintiff has invoked only the Constitutional, judicial jurisdiction of this Court sitting in Equity as granted by Article III, Section 2, subdivision 1.

6. Plaintiff has not invoked any post-1938 statutory jurisdiction of this Court.

7. Plaintiff's cause of action arises entirely from a Non-Statutory Breach of Private Trusts. Therefore the nature of the action is Non-Statutory. Title 28 USC 1983 has nothing to do with this case and its entrance on the docket was a clerical mistake made by the Clerk of Court. On December 3, 2015, at the time of filing the original pleading, "**Box 890: Other Statutory Actions**" was checked, Mr. Walsh having stated that a box under "Section IV: Nature of the Suit" had to be checked. Plaintiff should have objected at the time and now corrects the record.

Respectfully submitted,

_Eric Jon: Phelps_
Eric Jon: Phelps, Plaintiff/Beneficiary

**Reformation Bible Puritan Baptist Church**
Elder Bishop Eric Jon Phelps
Private Citizen of the United States of America

---

203 South Fort Zellers Road, P.O. Box 306
Newmanstown, Pennsylvania, Zip Code Excepted [*17073*]
Office: 610-340-0734; Fax 610-589-6420

January 9, 2016

FILED
HARRISBURG, PA
JAN 1 1 2016
MARIA E. ELKINS, CLERK
Per_____
DEPUTY CLERK

Dear Tori,

Please present these two pleadings to the Judge ASAP. I apologize for not including them in my filing of "Amended Complaint" on Dec 23, 2015. Thanks

Yours Truly,

Eric

𝔏ooking for the 𝔅lessed 𝔥ope, 𝔗itus 2:13-14

Eric Jon: Phelps, American National
Pre-1933 Private Citizen of the United States
203 South Fort Zellers Road
County of Lebanon
Newmanstown, Pennsylvania
Zip Code Excepted [17073]

RECEIVED
HARRISBURG, PA
JAN 11 2016
MARIA E ELKINS CLERK
Per _____



7015 1520 0001 7465 1777

Case No. -2328

Attn: Tori / Clerk of Court
District Court of the United States
Ronald Reagan Building
U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101



1000
17101