Special        Private        Priority        Proprietary        Urgent

IN THE
# District Court of the United States
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*FILED HARRISBURG, PA — JAN 11 2016 — MARIA E. ELKINS, CLERK — Per ___ DEPUTY CLERK*

| | |
|---|---|
| **Eric Jon: Phelps**, Beneficiary | Civil No. 1:15-CV-2328 |
| Pre-1933 Private American National | |
| Citizen of the United States | |
| | |
| Plaintiff | **Amended Petition to Seal** |
| | **Amended Complaint** |
| v. | **For Enforcement of** |
| | **Private Trusts** |
| **BARACK OBAMA**, Trustee | |
| President/Commander in chief, | |
| United States of America | **Non-Statutory** |
| | |
| **JACOB LEW**, Trustee | |
| Secretary of the Treasury | |
| United States of America | **Judge Sylvia H. Rambo** |
| | |
| Defendants | |

To the Honorable Sylvia H. Rambo, Judge and Chancellor of the District Court

Of the United States for the Middle District of Pennsylvania

### Amended Petition to Seal Amended Complaint
### For the Enforcement of Private Trusts

Plaintiff petitions the Court to proceed with these matters concerning enforcement

of private trusts as sealed, ex parte, in Chambers, without the public, without

publication of the press, excluding spectators and "enemies" of this Court.

**Special       Private       Priority       Proprietary       Urgent**

The reasons, involving citizenship status, trust and equity, are as follows:

## Citizenship Status

1. Plaintiff is a non-statutory, Private American National Citizen protected and defined by Section 1 of the Fourteenth Amendment to the Constitution. Hence, Plaintiff is one of "**We the People**," a party to the Constitution, a beneficial Heir of the Posterity of that Constitutional Trust.

2. Individuals composing "the public" are statutory Public "U.S. citizens," "citizens of the federal government," defined by the statutes of the temporary emergency war powers military government of the United States as quasi-artificial, quasi-corporate, individual "persons." Hence, the individuals composing "the public" are neither part of "**We the People**," nor Heirs of the Posterity, nor parties to the Constitution, and therefore have no beneficial interest by nature in that Constitutional Trust.

## Trust Parties

3. Plaintiff is the Beneficiary, Defendants the Trustees, of private trust "ERIC JON PHELPS." Only these parties hold private interests in said trust.

4. Individual "persons" composing "the public" are not parties to private trust "ERIC JON PHELPS." They have no private legal or equitable interest by nature in said private trust.

**Special        Private        Priority        Proprietary        Urgent**

**Public Interest/Public Policy**

5. Plaintiff's Complaint does not concern a public interest or public policy. For "the public," as created by President Franklin D. Roosevelt on March 9, 1933, has neither the status nor any equitable interest by nature in said trusts entitling it to be apprised of the private trust matters of this case to be settled by a Chancellor in Chambers with the Plaintiff/Beneficiary.

**Constitutional Equity Jurisdiction**

6. Plaintiff has the right to access constitutional Equity jurisdiction; to be seen as a constitutionally-protected, Non-Statutory, Private American National Citizen; and to have all non-statutory matters of private trust set forth in his Complaint to be resolved by a Chancellor in Chambers sitting in Equity.

7. Individual men and women composing "the public," each being volunteer sureties to their public "persons" deemed seized "enemies" and "booty" of the Commander in chief, are barred from the Constitution's Article III, Section 2, subdivision 1, Equity jurisdiction involving private equity proceedings only available in Chambers. *Equity will not come to the aid of a volunteer.*

**Chancellor in Chambers**

8. To further enable the Court to sit as Chancellor in constitutional Article III, Section 2, subdivision 1, English/American Equity jurisdiction in Chambers,

**Special        Private        Priority        Proprietary        Urgent**

Plaintiff has released and discharged all officers and agents of the United States, legislative, executive and judicial, of their obligation to impose any public or private form of military jurisdiction, including military due process of law involving statutory Roman Equity, to which individual members of "the public" can only be subject.

    9. To further enable the Court to sit as Chancellor in constitutional Article III, Section 2, subdivision 1, English/American Equity jurisdiction in Chambers, Plaintiff has accepted the oaths and/or affirmations of all officers and agents of the United States, legislative, executive and judicial, to support and defend the Constitution of the United States, said oaths taken in accordance with Article VI, Section 3 of the Constitution of the United States.

### Non-Commingling

    10. For the reasons stated above, Plaintiff requests his case be permanently sealed to prevent the commingling of his constitutional citizenship status, the commingling of his constitutional-secured, private trust interests by nature, and the commingling of his constitutional right to civilian due process of law in exclusive English/American Equity to be held in Chambers, with the privileges of individual members of "the public" holding title to no such status, rights or jurisdiction.

**Special**         **Private**         **Priority**         **Proprietary**         **Urgent**

## Conclusion

Wherefore, Plaintiff requests the Court **show cause** why this petition to seal cannot be granted; **or, be it resolved**, the Court shall issue an Order permanently sealing Plaintiff's "Amended Complaint for the Enforcement of Trusts."



Respectfully submitted,

*Eric Jon: Phelps*
_____
**Eric Jon: Phelps**, Plaintiff/Beneficiary
Pre-March 9, 1933, Private American National:
    Citizen of the United States
Private Citizen of the Commonwealth of Pennsylvania
Private Resident of the Commonwealth of Pennsylvania
    Within a Non-Militarily Occupied Private Estate
    County of Lebanon
    Without the temporary emergency war powers
    Military jurisdiction of the UNITED STATES
    Under military occupation since March 9, 1933
Beneficiary and Agent of Record for
    "ERIC JON PHELPS"
All rights reserved without prejudice