IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC JON PHELPS** : | |
| : | Civil No. 1:15-CV-2328 |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **BARACK OBAMA and JACOB LEW** : | |
| : | Judge Sylvia H. Rambo |
| **Defendants** : | |

# O R D E R

By order dated December 8, 2015 (Doc. 3), the court denied Plaintiff's motion to seal his original complaint (Doc. 2). Plaintiff filed an amended complaint on December 23, 2015 (Doc. 7), which the court dismissed with prejudice on January 8, 2016 (Doc. 6). Presently before the court is Plaintiff's motion to seal the amended complaint (Doc. 9).

For the reasons already stated in the court's previous orders and memorandum (Docs. 3, 5 & 6), **IT IS HEREBY ORDERED** that the motion to seal the amended complaint is **DENIED.**

s/Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge

Dated: January 13, 2016.