UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Eric Jon: Phelps**, Beneficiary<br>Pre-1933 Private American National<br>　　Citizen of the United States<br><br>　　　　　　Plaintiff<br>　　vs.<br><br>**BARACK HUSSEIN OBAMA II,** Trustee<br>Commander in Chief, President of the<br>United States of America<br><br>**JACOB JOSEPH LEW,** Trustee<br>Secretary of the United States Treasury<br><br>　　　　　　Defendants | Civil No. 1:15-CV-2328 (SHR)<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Eric Jon: Phelps, Beneficiary, Pre-March 9, 1933, Private American National Citizen of the United States, hereby appeals from each and every part taken from the *sua sponte* Order with Memorandum of the Hon. SYLVIA H. RAMBO USDJ to Dismiss Plaintiff's Complaint on January 27, 2016, (see attached) for the Judge's failure in duty to provide remedy under 50 USC App. §32 with §17 during the continuing national emergency under 12 USC 95a having amended 50 USC App. 5(b), as a matter of temporary military occupation to be heard within the jurisdiction of the United States Court of Appeals for the Armed Forces as applies to violations of the Uniform Code of Military Justice under The Hague Convention and International Covenant of Civil and Political Rights.

Dated: February 26, 2016

　　　　　　　　　　　　　　　　　　　　*Eric Jon: Phelps*
　　　　　　　　　　　　　　　　　　　　Eric Jon: Phelps, Plaintiff/Beneficiary
　　　　　　　　　　　　　　　　　　　　Elder Bishop
　　　　　　　　　　　　　　　　　　　　Reformation Bible Puritan Baptist Church
　　　　　　　　　　　　　　　　　　　　Author of *Vatican Assassins:*
　　　　　　　　　　　　　　　　　　　　*"Wounded In The House Of My Friends"*
　　　　　　　　　　　　　　　　　　　　203 South Fort Zellers Road
　　　　　　　　　　　　　　　　　　　　Newmanstown, Pennsylvania
　　　　　　　　　　　　　　　　　　　　ZIP Code Excepted [*17073*]
　　　　　　　　　　　　　　　　　　　　Ph. 610-589-5300
　　　　　　　　　　　　　　　　　　　　All Rights Reserved Without Prejudice

See the following service list:

**Service list:**

JACOB JOSEPH LEW, Secretary of the United States Treasury
Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, District of Columbia  20220

BARACK HUSSEIN OBAMA II, Commander in Chief,
President of the United States of America,
The White House
1600 Pennsylvania Avenue, N.W.
Washington, District of Columbia  20500

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**Phelps v. OBAMA ETAL, USDC, MDPA 15-cv-2328 (SHR)**

## CERTIFICATE OF SERVICE

I, Eric Jon: Phelps, hereby certify under penalty of perjury with 28 USC 1746 that on February 26, 2016, I served a true conformed copy of THE NOTICE OF APPEAL for the Case 1:15-cv-2328, signed February 26, 2016, with a copy of the Order to be served by United States Postal Service in a properly addressed envelope w/proper postage w/ "URGENT LEGAL PAPERS" on the envelope - delivery upon:

JACOB JOSEPH LEW, Secretary of the United States Treasury
Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, District of Columbia  20220

BARACK HUSSEIN OBAMA II, Commander in Chief
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, District of Columbia  20500

Dated: February 26, 2016

*[signature]*
Eric Jon: Phelps, Plaintiff/Beneficiary
203 South Fort Zellers Road
Newmanstown, Pennsylvania
ZIP Code Excepted [*17073*]
Ph. 610-589-5300
All Rights Reserved Without Prejudice