# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 16-1453

Eric Phelps v. President United States of Ame, et al

(District Court No. 1-15-cv-02328)

## O R D E R

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: August 9, 2016

cc: Carlo D. Marchioli, Esq.
    Eric Jon Phelps

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.